**⚖ JS 44** (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
EBAY INC., a Delaware corporation

## DEFENDANTS
TELEBAY LLC, a Delaware limited liability company

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Parker County, Texas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John W. Crittenden, Esq.
Cooley Godward Kronish LLP
101 California Street, 5th Floor
(415) 693-2000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State. | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat. TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA(1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities – Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities – Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus – Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1114, Fed. Trademark Infringe.; 15 U.S.C. 1125 Fed. Trademark Dilution and False Designation of Origin
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $  TBD
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
☐ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE
March 14, 2008

SIGNATURE OF ATTORNEY OF RECORD

American LegalNet, Inc.
www.FormsWorkflow.com

COOLEY GODWARD KRONISH LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
FRANK B. GOLDBERG (222263) (fgoldberg@cooley.com)
KATHLEEN E. TREIBER (232353) (ktreiber@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
EBAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 1459

EBAY INC., a Delaware corporation,

Plaintiff,

v.

TELEBAY LLC, a Delaware limited liability
company,

Defendant.

Case No.

PLAINTIFF eBAY INC.'S COMPLAINT
FOR:

(1) FEDERAL TRADEMARK
INFRINGEMENT 15 U.S.C. § 1114;
(2) FEDERAL TRADEMARK DILUTION 15
U.S.C. § 1125;
(3) FALSE DESIGNATION OF ORIGIN 15
U.S.C. § 1125;
(4) COMMON LAW TRADEMARK
INFRINGEMENT;
(5) COMMON LAW UNFAIR
COMPETITION;
(6) TRADEMARK INFRINGEMENT UNDER
CAL. BUS & PROF CODE § 14245;
(7) TRADEMARK DILUTION UNDER CAL.
BUS. & PROF. CODE § 14247; AND
(8) UNFAIR COMPETITION UNDER CAL.
BUS. & PROF. CODE §§ 17200, ET SEQ.

**PARTIES**

1.    Plaintiff eBay Inc. ("eBay") is a Delaware corporation having its principal place of
business at 2145 Hamilton Avenue, San Jose, California 95125.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.      On information and belief, Defendant Telebay LLC ("Defendant") is a limited liability company incorporated in the State of Delaware having a place of business at 411 South Bowie Drive, Weatherford, Texas, 76086.

### JURISDICTION AND VENUE

3.      This Court has jurisdiction of this action under 15 U.S.C. §§ 1119 and 1121 and 28 U.S.C. §§ 1331, 1338, and 1367.  This action is filed under the United States Trademark Act of July 5, 1946, as amended, 15 U.S.C. § 1501 *et seq.* (the "Lanham Act").

4.      This Court has personal jurisdiction over Defendant in that Defendant's willful actions herein alleged took place in and/or caused tortious injury to eBay in this jurisdiction.

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1391, as this is a judicial district in which a substantial part of the events giving rise to the claims occurred.

### COMMON ALLEGATIONS

### EBAY'S BUSINESS

6.      eBay is the largest online marketplace in the world.  As of June 30, 2007, eBay had over 241 million registered users worldwide.  As of December 21, 2007, eBay had over 83 million active users.  At any given time, there are approximately 103.6 million listings of items for sale or auction on eBay's online marketplace worldwide, and approximately 6.1 million listings are added per day.

7.      eBay users trade in more than 50,000 categories of goods and services, such as electronics, gifts, collectibles, music, and automobile products, as well as specific designated categories for "Telephones & Pagers" and "Cell Phones & PDA's," the latter of which has a long list of sub-categories including "Phones w/ Service Contracts," "Prepaid phones" and "Calling Cards."  For example, as of March 3, 2008, there were over 410,000 listings of items for sale or bid on the ebay.com Web site in the "Cell Phones & PDA's" category.  eBay's 2007 Gross Merchandise Bought for telephones, mobile phones and related accessories was in excess of $500 million.

### eBay's Marks

8.      Since its online marketplace was launched in September 1995, eBay has continuously used the mark EBAY in interstate commerce in the United States in connection with its goods and services.

9.      eBay is the owner of numerous U.S. registrations for the marks EBAY and EBAY and Design, the earliest of which was issued on January 19, 1999. These registrations cover a wide variety of goods and services. Each of these registrations is valid, subsisting and has not been abandoned by eBay. eBay has given notice of its registrations by use of the ® symbol and by other means, pursuant to section 29 of the Lanham Trademark Act, 15 U.S.C. § 1111. These registrations include, *inter alia*, the following:

(a)      EBAY word mark (Registration No. 2,218,732) registered January 19, 1999 in International Class 35 (online trading services in which seller posts items to be auctioned and bidding is done electronically, and providing evaluative feedback and ratings of sellers' goods and services, the value and prices of sellers' goods, buyers' and sellers' performance, delivery, and overall trading experience in connection therewith);

(b)      EBAY and Design (claiming color) (Registration No. 2,410,023) registered December 5, 2000 in International Class 35 (online trading services to facilitate the sale of goods by others via a computer network and providing evaluative feedback and ratings of sellers' goods and services, the value and prices of sellers' goods, buyers' and sellers' performance, delivery, and overall trading experience in connection therewith);

(c)      EBAY and Design (Registration No. 2,420,512) registered January 16, 2001 in International Class 35 (on-line trading services to facilitate the sale of goods by others via a computer network and providing evaluative feedback and ratings of sellers' goods and services, the value and prices of sellers' goods, buyers' and sellers' performance, delivery, and overall trading experience in connection therewith);

(d)      EBAY and Design (Registration No. 2,468,781) registered July 17, 2001 in International Class 9 (computer e-commerce software to allow users to perform electronic business transactions conducted in the form of an auction via a global computer network and

computer software featuring information in the field of hobbies, collectibles and a wide variety of products);

(e)    EBAY and Design (Registration No. 2,592,514) registered July 9, 2002 in International Class 38 (telecommunications services, namely the electronic transmission of data and information; paging services);

(f)    EBAY word mark (Registration No. 2,592,515) registered July 9, 2002 in International Class 38 (telecommunications services, namely the electronic transmission of data and information; paging services);

(g)    EBAY word mark (Registration No. 2,700,675) registered March 25, 2003 in International Class 9 (computer e-commerce software to allow users to perform electronic business transactions conducted in the form of an auction via a global computer network and computer database software featuring information in the field of hobbies, collectibles and a wide variety of products);

(h)    EBAY and Design (Registration No. 2,735,542) registered July 8, 2003 in International Class 38 (providing an online, interactive bulletin board for the transmission of messages among computer users concerning hobbies, collectibles, trading, and the sale of items via a global computer network);

(i)    EBAY word mark (Registration No. 2,744,717) registered July 29, 2003 in International Class 38 (providing an online, interactive bulletin board for the transmission of messages among computer users concerning hobbies, collectibles, trading, and the sale of items via a global computer network);

(j)    EBAY and Design (Registration No. 2,759,146) registered September 2, 2003 in International Class 9 (CD ROMs and compact discs featuring information in the fields of hobbies, collecting and auctions; and

(k)    EBAY word mark (Registration No. 2,759,150) registered September 2, 2003 in International Class 9 (pre-recorded audio tapes, CD ROMs, compact discs, audio discs, video discs, and video tapes featuring information in the fields of hobbies, collecting and auctions).

10.     In addition, eBay owns a number of U.S. registrations and pending U.S. applications to register marks that incorporate the EBAY or EBAY and Design marks, each of which marks currently is in use in U.S. commerce.  All of eBay's marks that consist of or incorporate the term EBAY will hereafter be referred to as the "EBAY Marks."

11.     EBAY is a fanciful mark, and thus highly distinctive.  The term BAY has no descriptive meaning as applied to an online marketplace or any of the other goods and services covered by eBay's registrations or in connection with which eBay uses the EBAY Marks.

12.     eBay has expended considerable effort and expense in promoting the EBAY Marks, and goods and services offered in connection with these marks, both in the United States and internationally, typically spending hundreds of millions of dollars in advertising per year.

13.     In addition to its own advertising efforts, eBay has been the subject of thousands of unsolicited stories in television, radio, and print media, highlighting eBay's innovative and successful efforts in online person-to-person trading.  eBay has also received numerous awards and recognitions, including a listing in Nielsen's Top 10 Web Brands (ranking eBay 4th) in December 2006; BusinessWeek's "The Global Brand Scoreboard's The Top 100 Brands" (ranking eBay's brand as the 48th strongest brand in the world) in August 2007; Fortune magazine's "Top 100 Fastest Growing Companies" (ranking eBay as 8th) in August 2003; BusinessWeek Online, "The eBay Economy" in August 2003; Red Herring magazine's "The Top 100 Companies Most Likely to Change the World" in May 2001; Harvard Business School's "Entrepreneurial Company of the Year" in May 2000; Forbes magazine's "Favorite Auction Site" in December 1999; Business Week magazine's "Info Tech 100" in July 1999; Ad Week magazine's "Top Marketers of the Year" in May 1999; and The Webby Award's "Top E-Commerce Site" in March 1999.

14.     The enthusiasm for eBay's services abroad has been so overwhelming that eBay maintains separate, country-specific Web sites for Australia, Austria, Belgium, Canada, China, France, Germany, Hong Kong, India, Ireland, Italy, Malaysia, the Netherlands, New Zealand, Singapore, Spain, South Africa, Sweden, Switzerland, United Arab Emirates, and the United Kingdom, and it has related Web sites in Argentina, Brazil, Chile, Colombia, Costa Rica,

1   Dominica, Ecuador, Korea, Mexico, Panama, Peru, Taiwan, Uruguay, and Venezuela.  eBay's

2   services are not limited to these foreign countries, however, as eBay serves customers and has

3   registered users from practically every jurisdiction around the globe.

4       15.    As a result of eBay's widespread use of the EBAY Marks worldwide, extensive

5   Internet, television, and print advertising and promotion, continuous and unsolicited media

6   coverage, the high degree of consumer recognition of the EBAY Marks, the strong and loyal base

7   of customers that eBay enjoys for its services, and the absence of any material use of any highly

8   similar mark by others, among other factors, the EBAY Marks are famous within the meaning of

9   Section 43(c) of the United States Trademark Act, 15 U.S.C. §1125(c).

10                  **DISTINCTIVENESS OF THE TERM "BAY"**

11      16.    The dominant component of the famous EBAY Marks is the term BAY, which is

12   arbitrary and highly distinctive in the context of an online marketplace.

13      17.    Following on the fame and success of eBay, a number of operators of other online

14   marketplaces and Internet sites have attempted to adopt names and marks that combine the

15   generic term for what the particular site offers or provides with the distinctive BAY suffix of the

16   EBAY Marks, to create a "generic plus BAY" mark.  Examples of such marks, the use of which

17   eBay has successfully put a stop to, include:  ALTERNABAY (site offering goods related to

18   alternative lifestyles), AUTOBAY (site advertising automobiles for sale), BOATBAY (site

19   offering a "nautical search portal"), BRICKBAY (site offering Lego® bricks), CARBAY (site

20   advertising automobiles for sale), COINBAY (online coin marketplace), EGGBAY (site offering

21   items for egg farmers), EMERGENCYBAY (site offering emergency rescue goods), FOTOBAY

22   (site offering photography-related goods and services), JEWELRYBAY (site offering diamonds

23   and fine jewelry), MEXBAY (Mexican-themed site), MILITARYBAY (site offering military

24   goods), NAZIBAY (site offering Nazi memorabilia), SELLINGBAY (site listing auctions,

25   classifieds, and want ads), and SWAYBAY (site offering surfing related products), among others.

26      18.    The United States Patent and Trademark Office ("PTO") has recognized that the

27   dominant component of the EBAY Marks is the term BAY, refusing third-party registrations on

28

1  the ground that the use of BAY combined with a generic or descriptive term is likely to cause

2  confusion with the EBAY Marks.

3      19.    For example, in an Office Action dated June 21, 2005, in Application Serial No.

4  78/516,920 for the mark FLEABAY for "flea markets," the PTO refused registration because

5  "applicant's mark, when used on or in connection with the identified goods or services, so

6  resembles the marks in U.S. Registration Nos. 2218732, 2420512, 2218732, 2514362, 2555505

7  and 2913227 (all owned by [eBay]) as to be likely to cause confusion, to cause mistake, or to

8  deceive." A true and correct copy of that Office Action is attached hereto as Exhibit A.

9      20.    Similarly, in an Office Action dated August 24, 2005, in Application Serial No.

10  78/552,094 for the mark BAY BAZAAR for "[b]usiness management assistance and particularly

11  carrying out tasks necessary for the smooth conduct of sales by auction," the PTO refused

12  registration "because of a likelihood of confusion with the marks in U.S. Registration Nos.

13  2555505, 2218732, 2410023 and 2420512," all of which are owned by eBay.  A true and correct

14  copy of that Office Action is attached hereto as Exhibit B.

15      21.    The PTO has also recognized the distinctiveness of the BAY component in

16  refusing registration to the following marks in light of the EBAY mark:  IBAY (Serial No.

17  76/195,016) and TBAY AUCTION (Serial No. 78/059,732).

18      22.    Likewise, the Court of Appeals for the Ninth Circuit has recognized the

19  distinctiveness of the BAY component of the EBAY Marks.  In its opinion in the matter of

20  *Perfumebay.com Inc. v. eBay Inc.*, 506 F.3d 1165 (9th Cir. 2007), the court held that the term

21  "BAY" was the dominant aspect of the EBAY marks, and that with the use of the mark

22  PERFUMEBAY in connection with an online marketplace specializing in perfume, "consumers

23  may no longer associate the usage of the "Bay" suffix with eBay's unique services, specifically

24  the sale of products on an internet-based marketplace.  The uniqueness of eBay's mark is diluted

25  in direct proportion to the extent consumers, particularly internet users, disassociate the eBay

26  mark with eBay's services."

27      23.    If others could freely use "generic plus BAY" marks for Web sites offering or

28  advertising whatever the generic thing is, the suffix BAY could become a generic term for

"online marketplace" or "site offering things for purchase or use." That would dilute the distinctiveness of the famous EBAY Marks to the point that they cease to function as unique and distinctive identifiers of eBay's goods or services, to eBay's severe detriment.

### DEFENDANT'S USE OF THE TELEBAY NAME AND MARK

24.    Defendant uses the TELEBAY Mark in commerce in connection with an online Web site, available at the Uniform Resource Locator ("URL") http://www.telebay.com that specializes in telecommunications-related services. Defendant's TELEBAY Mark (including as used in connection with the TELEBAY.COM Web site) and TELEBAY.COM domain name are referred to collectively herein as the "TELEBAY Mark."

25.    Among the products and services featured on or accessible from the TELEBAY.COM Web site are cell phones, cell phone accessories and pre- and post-paid cell phone service plans, as well as local and long distance telephone service. Defendant uses the TELEBAY mark in connection with offering and/or promoting the aforementioned goods and services. Attached as Exhibit C is a true and correct copy of the TELEBAY.COM home page as it appeared on March 12, 2008. Attached as Exhibit D is a true and correct copy of other relevant pages accessible via direct link from the TELEBAY.COM home page as they appeared on March 6, 2008.

26.    The TELEBAY.COM Web site also contains a "mall" feature that links to third-party on-line retail stores featuring a variety of products and services, including electronics, gifts, collectibles, music, and automobile products, and financial, business and travel services. Attached hereto as Exhibit E is a true and correct copy of the "mall" located on Defendant's Web site at the URL http://www.telebaymall.com/index.php?viewCat=2&ID=telebay, as it appeared on March 6, 2008.

27.    Defendant's TELEBAY Mark is substantially similar to the EBAY Marks. For example, Defendant's TELEBAY Mark consists of the elements "tel" and "ebay." "Tel" is shorthand for "telephone," which is highly descriptive or generic of Defendant's services. Thus, Defendant's TELEBAY Mark consists of the highly descriptive and/or generic component "tel," and eBay's EBAY mark in its entirety.

28.    Moreover, the TELEBAY Mark follows the same pattern as the many "generic plus BAY" marks that surfaced following the success of eBay. The term "tele" is highly descriptive or generic of Defendant's services (i.e., the promotion of products and services offered and ordered on-line or by phone), and thus does little to create a unique commercial impression. In contrast with the weak "tele" prefix of Defendant's TELEBAY Mark, the term "bay" in "telebay" pilfers the most distinctive part of the EBAY marks, and is completely arbitrary as applied to Defendant's services. As such, the only conceivable reason to incorporate "bay" into Defendant's Mark is that Defendant, as an on-line promoter of goods and services, intends to call to mind the EBAY Marks. Thus, by combining the generic or descriptive term TELE with the arbitrary term BAY – the dominant and most distinctive part of the designation EBAY – Defendant has created a "generic plus BAY" mark, which calls to mind eBay and suggests "the eBay for telephone services."

29.    The services offered under the TELEBAY Mark are similar to those provided by eBay. For example, just as eBay makes available a variety of goods and services—including telecommunications-related goods and services—through listings on its Web site, Defendant similarly purports to provide an Internet Web site that features telecommunications goods and services, and also functions as an on-line "mall" for similar goods and services.

30.    Based on the similarities between eBay's EBAY Marks, which are famous, and Defendant's TELEBAY Mark, it is apparent that Defendant intends to call to mind the EBAY Marks.

31.    Defendant's mark also creates a false suggestion of an affiliation or connection with eBay.

32.    However, eBay is not affiliated or connected with Defendant, or with the services Defendant provides under the TELEBAY Mark.

33.    Defendant has refused to cease its infringing use of the TELEBAY Mark despite eBay's express objection. Rather, Defendant has suggested that eBay should pay Defendant "restitution" in exchange for the TELEBAY.COM domain name.

34. On information and belief, based on records available from the internet archive service available at the URL http://www.archive.org, Defendant launched the TELEBAY.COM Web site on or about August 2003. Accordingly, there is no issue as to priority of use. eBay began using its EBAY mark, and enjoys priority as a result of the filing dates of its trademark registrations, well prior to Defendant's use of the TELEBAY Mark. Further, the EBAY Marks acquired wide recognition in the general consuming public, and became famous, well prior to Defendant's use of the TELEBAY Mark.

## FIRST CAUSE OF ACTION

### (FEDERAL TRADEMARK INFRINGEMENT)

35. eBay incorporates by reference paragraphs 1 through 34, inclusive, as if fully set forth here.

36. The TELEBAY Mark is highly similar to the registered EBAY Marks in appearance, sound, meaning, and commercial impression.

37. Defendant's services are related to eBay's services.

38. Both eBay and Defendant offer their services through the same channel of trade, i.e., the Internet.

39. The instantaneous nature of Internet navigation, the speed at which people navigate and are presented with advertisements, images and/or data on the Internet, and the speed at which consumers perform transactions on the Internet, all tend to increase the risk of confusion or mistake about the source of a product or service.

40. On information and belief, Defendant adopted the TELEBAY Mark with knowledge of, and the intent to call to mind, create a likelihood of confusion with regard to, and/or trade off the fame of eBay and the registered EBAY Marks.

41. Defendant continues to use the TELEBAY Mark despite eBay's express objection thereto.

42. Defendant's continued use of the TELEBAY Mark will injure eBay by causing a likelihood that the public will be confused or mistaken into believing that the goods or services provided by Defendants are endorsed or sponsored by eBay.

43.    eBay has no control over the nature and quality of the goods or services offered by Defendant under the TELEBAY Mark, and eBay's reputation and goodwill will be damaged and the value of eBay's registered marks jeopardized by Defendant's continued use of Defendant's name and marks.  Because of the likelihood of confusion between the parties' marks, defects, objections, or faults found with Defendant's services marketed under the TELEBAY Mark could negatively reflect upon and injure the reputation that eBay has established for the services it offers in connection with the registered EBAY Marks.  As such, Defendants are liable to eBay for infringement of a registered mark under 15 U.S.C. §1114.

44.    Defendant's acts as alleged above, if not enjoined, will continue.  eBay has no adequate remedy at law in that the amount of its damages is difficult to ascertain with specificity.

45.    As a result of Defendant's infringement of eBay's registered marks, eBay has incurred damages in an amount to be proven at trial consisting of, among other things, diminution in the value of and goodwill associated with the marks.

46.    Defendant's infringement of eBay's registered marks is deliberate, willful, fraudulent and without any extenuating circumstances, and constitutes a knowing use of eBay's marks and an exceptional case within the meaning of Lanham Act section 35, 15 U.S.C. § 1117.  eBay is therefore entitled to recover three times the amount of its actual damages and the attorneys' fees and costs incurred in this action, and prejudgment interest.

### SECOND CAUSE OF ACTION

### (FEDERAL TRADEMARK DILUTION)

47.    eBay incorporates by reference paragraphs 1 through 46, inclusive, as if fully set forth here.

48.    As a result of the considerable publicity afforded the EBAY Marks, and the strong and loyal base of customers that eBay enjoys for its services, the EBAY Marks have a high degree of consumer recognition, are widely recognized by the general consuming public of the United States as a designation of eBay's services, and are famous.

49.    The EBAY Marks became famous before Defendant adopted the TELEBAY Mark.

50.     The TELEBAY Mark incorporates the most distinctive part of the EBAY Marks, i.e., BAY, and also contains the entire EBAY mark, and thus its use is likely to cause an association between the TELEBAY Mark and the EBAY Marks that impairs the distinctiveness of the EBAY Marks and weakens the connection in consumers' minds between the EBAY Marks and eBay's services.  Defendant's use of the TELEBAY Mark is likely to cause dilution by blurring based on a number of relevant considerations, including:

    (a)     The TELEBAY Mark contains the entire EBAY mark and the marks in their entireties are similar, and the TELEBAY Mark is similar to the EBAY Marks in that the dominant elements of the marks are identical;

    (b)     The EBAY Marks are inherently distinctive;

    (c)     eBay is engaging in substantially exclusive use of the EBAY Marks;

    (d)     The EBAY Marks are widely recognized by the general consuming public;

    (e)     On information and belief, Defendant intended to create an association with the EBAY Marks.

51.     Defendant's acts as alleged above, if not enjoined, will continue.  eBay has no adequate remedy at law in that the amount of its damages is difficult to ascertain with specificity.

52.     As a result of Defendant's acts as alleged above, eBay has incurred damages in an amount to be proven at trial consisting of, among other things, diminution in the value of the goodwill associated with the EBAY Marks.

53.     Defendant's wrongful use of the TELEBAY Mark is deliberate, willful, fraudulent and without any extenuating circumstances, and constitutes a willful intent to trade on eBay's reputation or to cause dilution of the famous EBAY Marks and an exceptional case within the meaning of Lanham Act section 35, 15 U.S.C. § 1117.  eBay is therefore entitled to recover three times the amount of its actual damages and the attorneys' fees and costs incurred in this action, and prejudgment interest.

### THIRD CAUSE OF ACTION

### (FEDERAL FALSE DESIGNATION OF ORIGIN)

54.     eBay incorporates by reference paragraphs 1 through 53, inclusive, as if fully set

1  forth here.

2     **55.**    In connection with Defendant's services, Defendant has used in commerce and

3  without eBay's authorization or consent the TELEBAY Mark, which are highly similar to the

4  registered EBAY Marks in appearance, sound, meaning, and commercial impression.

5     **56.**    Such acts are likely to cause confusion and deception among the purchasing public

6  and/or are likely to lead the consuming public to believe that eBay has authorized, approved or

7  somehow sponsored Defendant's use of the TELEBAY Mark in connection with Defendant's

8  goods and services.

9     **57.**    The aforesaid wrongful acts of Defendant constitute the use of a false designation

10 of origin and false description or representation, all in violation of 15 U.S.C. § 1125(a).

11    **58.**    Defendant's false designation of origin and false description through Defendant's

12 use of the TELEBAY Mark has caused, and if not enjoined will continue to cause, irreparable and

13 continuing harm to eBay's marks, business, reputation, and good will, for which eBay has no

14 adequate remedy at law.

15    **59.**    As a direct and proximate result of Defendant's wrongful use of the TELEBAY

16 Mark, eBay has been and will continue to be damaged by, without limitation, the diminution in

17 the value of its trademarks, reputation, business and good will in an amount to be proven at trial.

18    **60.**    Defendant's wrongful use of the TELEBAY Mark is deliberate, willful, fraudulent

19 and without any extenuating circumstances, and constitutes a knowing use of eBay's Marks and

20 an exceptional case within the meaning of Lanham Act section 35, 15 U.S.C. § 1117.  eBay is

21 therefore entitled to recover three times the amount of its actual damages and the attorneys' fees

22 and costs incurred in this action, and prejudgment interest.

<div align="center">

**FOURTH CAUSE OF ACTION**

**(COMMON LAW TRADEMARK INFRINGEMENT)**

</div>

25    **61.**    eBay incorporates by reference paragraphs 1 through 60, inclusive, as if fully set

26 forth here.

27

28

62.     Defendant's acts alleged herein and specifically, without limitation, Defendant's use of the TELEBAY Mark, infringe eBay's exclusive trademark rights in the EBAY Marks, in violation of the common law.

63.     Defendant's acts as alleged above, if not enjoined, will continue.  eBay has no adequate remedy at law in that the amount of its damages is difficult to ascertain with specificity.

64.     As a result of Defendant's acts as alleged above, eBay has incurred damages in an amount to be proven at trial consisting of, among other things, diminution in the value of the goodwill associated with eBay's marks.

### FIFTH CAUSE OF ACTION

### (COMMON LAW UNFAIR COMPETITION)

65.     eBay incorporates by reference paragraphs 1 through 64, inclusive, as if fully set forth here.

66.     Defendant has engaged in and continues to engage in unfair competition by using the TELEBAY Mark, on information and belief, with the intention of interfering with and trading on the business reputation and goodwill engendered by eBay through hard work and diligent effort.

67.     Defendant's acts have caused eBay competitive injury, as described herein, and specifically have caused eBay to incur damages in an amount to be proven at trial consisting of, among other things, diminution in the value of and goodwill associated with eBay's marks.

68.     Defendant's acts as alleged above, and specifically, without limitation, Defendant's use of the TELEBAY Mark, if not enjoined, will continue.  eBay has no adequate remedy at law in that the amount of its damages is difficult to ascertain with specificity.

### SIXTH CAUSE OF ACTION

### (TRADEMARK INFRINGEMENT UNDER CAL. BUS. & PROF. CODE § 14245)

69.     eBay incorporates by reference paragraphs 1 through 68, inclusive, as if fully set forth here.

70.    Defendant's acts alleged herein and specifically, without limitation, Defendant's use of the TELEBAY Mark, infringe eBay's exclusive trademark rights in eBay's marks, in violation of California Business and Professions Code section 14245.

71.    Defendant's acts as alleged above, if not enjoined, will continue.  eBay has no adequate remedy at law in that the amount of its damages is difficult to ascertain with specificity.

## SEVENTH CAUSE OF ACTION

### (TRADEMARK DILUTION UNDER CAL. BUS. & PROF. CODE § 14247)

72.    eBay incorporates by reference paragraphs 1 through 71, inclusive, as if fully set forth here.

73.    The EBAY Marks are distinctive and famous within the meaning of section 14247 of the California Business and Professions Code.

74.    Defendant's use of the TELEBAY Mark began after the EBAY Marks became famous.

75.    Defendant's continued use of the TELEBAY Mark is likely to cause injury to eBay's business reputation and/or the dilution of the distinctive quality of eBay's famous EBAY Marks, in violation of California Business and Professions Code section 14247.

76.    Defendants' acts as alleged above, if not enjoined, will continue.  eBay has no adequate remedy at law in that the amount of its damages is difficult to ascertain with specificity.

## EIGHTH CAUSE OF ACTION

### (UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE §§ 17200, ET SEQ.)

77.    eBay incorporates by reference paragraphs 1 through 76, inclusive, as if fully set forth here.

78.    By the acts described herein, Defendant has engaged in unlawful and unfair business practices that have injured and will continue to injure eBay in its business and property, in violation of California Business and Professions Code §§ 17200 et seq.

79.    Defendants' acts alleged herein have caused monetary damages to eBay in an amount to be proven at trial, and have caused, and will continue to cause, irreparable injury to eBay and its business, reputation, and trademarks, unless and until Defendant is permanently

1  enjoined.

2  **80.**    As a direct and proximate result of Defendant's conduct alleged herein, Defendant

3  has been unjustly enriched and should be ordered to disgorge any and all profits that it earns or

4  has earned as a result of such unlawful conduct.

5  <div align="center">**PRAYER FOR RELIEF**</div>

6  **WHEREFORE,** eBay prays:

7  **81.**    That this Court grant preliminary and permanent injunctive relief enjoining

8  Defendants and all others acting in concert with and having knowledge thereof, from using the

9  TELEBAY Mark, and any similar trade name or mark or variant thereof, or other "generic plus

10  BAY" mark, as a trade name, trademark, service mark, domain name, or for any other purpose;

11  **82.**    That this Court order Defendants to account to eBay any and all revenues and

12  profits that Defendants have derived from their wrongful actions and to pay all damages which

13  eBay has sustained by reason of the acts complained of herein, and that such damages be trebled;

14  **83.**    That this Court award eBay the costs of this action and reasonable attorney's fees

15. and expenses;

16  **84.**    That the Court order the Registrar of the TELEBAY.COM domain name to cancel

17  the registration.

18  **85.**    That this Court grant such other and further relief as it should deem just.

19

20  Dated: March 14, 2008                  COOLEY GODWARD KRONISH LLP
                                          JOHN W. CRITTENDEN (101634)
21                                        FRANK B. GOLDBERG (222263)
                                          KATHLEEN E. TREIBER (232353)

22

23

24                                        John W. Crittenden (101634)
                                          Attorneys for Plaintiff
25                                        EBAY INC.

26

27

28

**EXHIBIT A**

| | |
|---|---|
| **To:** | Miarko, Inc. (DSteele@Hemmerlaw.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 78516920 - FLEABAY - N/A |
| **Sent:** | 6/21/2005 9:52:37 AM |
| **Sent As:** | ECOM103@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**    78/516920

**APPLICANT:**    Miarko, Inc.

# *78516920*

**CORRESPONDENT ADDRESS:**
    DAVID H. STEELE
    HEMMER PANGBURN DEFRANK PLLC
    SUITE 200
    250 GRANDVIEW DRIVE
    FORT MITCHELL, KY 41017

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK:**    FLEABAY

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  N/A

**CORRESPONDENT EMAIL ADDRESS:**
    DSteele@Hemmerlaw.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

Serial Number  78/516920

The assigned examining attorney has reviewed the referenced application and determined the following:

## LIKELIHOOD OF CONFUSION – SECTION 2(d)

The examining attorney refuses registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d), because the applicant's mark, when used on or in connection with the identified goods or services, so resembles the marks in U.S. Registration Nos. 2218732, 2420512, 2218732, 2514362, 2555505 and 2913227 (all owned by the same registrant) as to be likely to cause confusion, to cause mistake, or to deceive. TMEP section 1207. See the attached registrations.

The examining attorney must analyze each case in two steps to determine whether there is a likelihood of confusion. First, the examining attorney must look at the marks themselves for similarities in appearance, sound, connotation and commercial impression. *In re E. I. DuPont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (CCPA 1973). Second, the examining attorney must compare the goods or services to determine if they are related or if the activities surrounding their marketing are such that confusion as to origin is likely. *In re August Storck KG,* 218 USPQ 823 (TTAB 1983); *In re International Telephone and Telegraph Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Products Co., v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978).

In this case, the applicant's mark is "FLEABAY" in standard character format for "flea markets."

The marks in the above-cited registrations are all variations of the mark "eBay." They are as follows, respectively:

1. "EBAY" in typed format for "on-line trading services in which seller posts items to be auctioned and bidding is done electronically, and providing evaluative feedback and ratings of sellers' goods and services, the value and prices of sellers' goods, buyers' and sellers' performance, delivery, and overall trading experience in connection therewith"

2. "EBAY" in stylized lettering for "On-line trading services to facilitate the sale of goods by others via a computer network and providing evaluative feedback and ratings of sellers' goods and services, the value and prices of sellers' goods, buyers' and sellers' performance, delivery, and overall trading experience in connection therewith"

3. "EBAY" in stylized lettering with the colors red, blue, yellow, green, purple, orange and brown (the last letter "y" being in green, like the applicant's proposed mark) for "On-line trading services to facilitate the sale of goods by others via a computer network and providing evaluative feedback and ratings of sellers' goods and services, the value and prices of sellers' goods, buyers' and sellers' performance, delivery, and overall trading experience in connection therewith"

l.  "EBAY POWER SELLERS" with a circular design for "Providing customer support services concerning online account management and use of online services;  and Providing dedicated technical assistance"

i.  "EBAY PREMIER" in typed format for "on-line trading services in which seller posts items to be sold at a set price, or alternatively to be offered in an auction-style format where bidding is done electronically, and providing evaluative feedback and ratings of sellers' goods and services, the value and prices of sellers' goods, buyers' and sellers' performance, delivery and overall trading experience in connection therewith"

i.  "EBAY LIVE!" in standard character format for "arranging and conducting trade shows and exhibitions in the field of online trading services."

The applicant's proposed mark "FLEABAY" is confusingly similar to all of these registered marks because it is very similar to them in sound, appearance and meaning.  First, the dominant portion of the marks, "BAY," is identical.  The marks are compared in their entireties under a Section 2(d) analysis.  Nevertheless, one feature of a mark may be recognized as more significant in creating a commercial impression.  Greater weight is given to that dominant feature in determining whether there is a likelihood of confusion.  *In re National Data Corp.*, 753 F.2d 1056, 224 USPQ 749 (Fed. Cir. 1985); *Tektronix, Inc. v. Daktronics, Inc.*, 534 F.2d 915, 189 USPQ 693 (C.C.P.A. 1976). *In re J.M. Originals Inc.*, 6 USPQ2d 1393 (TTAB 1987); TMEP §1207.01(b)(viii).

n this case, the term "flea" in applicant's mark is clearly descriptive because the applicant's services – as shown by the identification of services – are flea markets.  In the registered marks, the prefix "e" is descriptive in that it has become commonly recognized as a designation for goods or services that are electronic in nature or are sold or provided electronically.  Please see the attached dictionary definition from *Encarta World English Dictionary*, online edition, which is attached to this office action.  The additional wording in the registrant's other marks are all descriptive or weak so that "BAY" is the consistent dominant feature of registrant's marks.  For these reasons, the term "BAY" is clearly the dominant portion of applicant's mark and the cited registered marks.

n addition to sharing the identical dominant element, the marks also share a very similar appearance.  The fact that applicant's mark is in standard characters while some of the cited registrant's marks are not does not obviate this refusal. To the contrary, it supports it.  Registration of a mark in typed or standard character form means that the mark may be displayed in any lettering style.  37 C.F.R. §2.52(a).  The rights associated with a mark in typed or standard character form reside in the wording itself, and applicant is free to adopt any style of lettering, including lettering identical to that used by the registrant.  Therefore, presentation of a mark in special form will not avoid likelihood of confusion with a mark that is registered in typed or standard character form because the marks presumably could be used in the same manner of display. *See In re Melville Corp.*, 18 USPQ2d 1386 (TTAB 1991); *In re Pollio Dairy Prods. Corp.*, 8 USPQ2d 2012 (TTAB 1988); *Sunnen Prods. Co. v. Sunex Int'l Inc.*, 1 USPQ2d 1744, 1747 (TTAB 1987); *In re Hester Indus., Inc.*, 231 USPQ 881, 882, n.6 (TTAB 1986); *United Rum Merchants, Ltd. V. Fregal, Inc.*, 216 USPQ 217 (TTAB 1982); *Frances Denney, Inc. v. Vive Parfums, Ltd.*, 190 USPQ 302 (TTAB 1976); *See also* TMEP §1207.01(c)(iii).

For all of these reasons, the marks create a very similar commercial impression.

The services here are closely related because they overlap, are marketed in the same trade channels and it is quite conceivable for the registrant to expand into flea market services, which are the applicant's services.  Any goods or services in the registrant's normal fields of expansion must also be considered in order to determine whether the registrant's goods or services are related to the applicant's identified goods or services for purposes of analysis under Section 2(d). *In re General Motors Corp.*, 196 USPQ 574 (TTAB 1977).  The test is whether purchasers would believe the product or service

s within the registrant's logical zone of expansion. *CPG Prods. Corp. v. Perceptual Play, Inc.*, 221 USPQ 88 (TTAB .983); TMEP §1207.01(a)(v). As flea markets could be easily conducted online, like other online retail and wholesale .ervices, the average consumer would likely believe that these services are within the registrant's logical zone of expansion

Taken together, the close similarity of the marks and the close relationship of the services necessitate that registration for he proposed mark be refused. Although the trademark examining attorney has refused registration, applicant may respond o the refusal to register by submitting evidence and arguments in support of registration. If applicant chooses to respond to he refusal(s) to register, then applicant must also respond to the following requirement.

Please note that there is no required format or form for responding to this Office action. However, applicant should include he following information on all correspondence with the Office: (1) the name and law office number of the examining ittorney; (2) the serial number of this application; (3) the mailing date of this Office action; and, (4) applicant's telephone number.

When responding to this Office action, applicant must make sure to respond in writing to each refusal and requirement aised. If there is a refusal to register the proposed mark, then applicant may wish to argue against the refusal, i.e., explain why t should be withdrawn and why the mark should register. If there are other requirements, then applicant should simply set orth in writing the required changes or statements and request that the Office enter them into the application record. Applicant must also sign and date its response.

/Susan Stiglitz/

Trademark Examining Attorney

USPTO

Law Office 103

(571) 272-9285

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE: You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action has been issued via email, you must wait 72 hours after receipt of the

Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE:  To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your response.

STATUS OF APPLICATION: To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

VIEW APPLICATION DOCUMENTS ONLINE: Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

GENERAL TRADEMARK INFORMATION: For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.

**Print: Jun 21, 2005**                                   75391661

## TYPED DRAWING

**Serial Number**
75391661

**Status**
REGISTERED

**Word Mark**
EBAY

**Standard Character Mark**
No

**Registration Number**
2218732

**Date Registered**
1999/01/19

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
eBay Inc. CORPORATION CALIFORNIA 2005 Hamilton Avenue, Suite 350 San
Jose CALIFORNIA 95125

**Goods/Services**
Class Status -- ACTIVE. IC 035.  US  100 101 102.  G & S: on-line
trading services in which seller posts items to be auctioned and
bidding is done electronically, and providing evaluative feedback and
ratings of sellers' goods and services, the value and prices of
sellers' goods, buyers' and sellers' performance, delivery, and
overall trading experience in connection therewith.  First Use:
1995/09/04.  First Use In Commerce: 1995/09/04.

**Filing Date**
1997/11/17

**Examining Attorney**
UNKNOWN

**Attorney of Record**
LARISSA A.J. KEHOE

-1-

**Print: Jun 21, 2005**                                **75587191**

## DESIGN MARK

**Serial Number**
75587191

**Status**
REGISTERED

**Word Mark**
EBAY

**Standard Character Mark**
No

**Registration Number**
2420512

**Date Registered**
2001/01/16

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
eBay, Inc. CORPORATION DELAWARE 2125 Hamilton Avenue San Jose
CALIFORNIA 95125

**Goods/Services**
Class Status -- ACTIVE. IC 035. US  100 101 102.  G & S: On-line
trading services to facilitate the sale of goods by others via a
computer network and providing evaluative feedback and ratings of
sellers' goods and services, the value and prices of sellers' goods,
buyers' and sellers' performance, delivery, and overall trading
experience in connection therewith.  First Use: 1998/01/15.  First Use
In Commerce: 1998/01/15.

**Prior Registration(s)**
2218732

**Filing Date**
1998/11/12

**Examining Attorney**
MERCALDI, ANTHONY

-1-

**Print: Jun 21, 2005**                                    **75587191**

**Attorney of Record**
Larissa A J Kehoe



**Print: Jun 21, 2005**                     **75669553**

## DESIGN MARK

**Serial Number**
75669553

**Status**
REGISTERED

**Word Mark**
EBAY

**Standard Character Mark**
No

**Registration Number**
2410023

**Date Registered**
2000/12/05

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
eBay Inc. CORPORATION DELAWARE 2125 Hamilton Avenue San Jose
CALIFORNIA 95125

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: On-line
trading services to facilitate the sale of goods by others via a
computer network and providing evaluative feedback and ratings of
sellers' goods and services, the value and prices of sellers' goods,
buyers' and sellers' performance, delivery, and overall trading
experience in connection therewith.  First Use: 1998/01/15.  First Use
In Commerce: 1998/01/15.

**Prior Registration(s)**
2218732

**Lining/Stippling Statement**
The mark is lined for red, blue, yellow, green, purple, orange and
brown.

**Filing Date**
1999/03/29

-1-

Print: Jun 21, 2005                    75669553

**Examining Attorney**
MERCALDI, ANTHONY

**Attorney of Record**
LARISSA A.J. KEHOE



**Print: Jun 21, 2005**                                      **76002885**

**DESIGN MARK**

**Serial Number**
76002885

**Status**
REGISTERED

**Word Mark**
EBAY POWER SELLERS

**Standard Character Mark**
No

**Registration Number**
2514362

**Date Registered**
2001/12/04

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
eBay Inc. CORPORATION DELAWARE 2145 Hamilton Avenue San Jose
CALIFORNIA 95125

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Providing
customer support services concerning online account management and use
of online services.  First Use: 1999/06/00.  First Use In Commerce:
1999/06/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 042.  US  100 101.  G & S: Providing
dedicated technical assistance.  First Use: 1999/06/00.  First Use In
Commerce: 1999/06/00.

**Filing Date**
2000/03/17

**Examining Attorney**
KOVALSKY, LAURA

**Attorney of Record**

Print: Jun 21, 2005                        76002885

Larissa A.J. Kehoe

-2-



**Print: Jun 21, 2005**                          **76184915**

## DESIGN MARK

**Serial Number**
76184915

**Status**
REGISTERED

**Word Mark**
EBAY PREMIER

**Standard Character Mark**
No

**Registration Number**
2555505

**Date Registered**
2002/04/02

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
eBay Inc. CORPORATION DELAWARE 2145 Hamilton Avenue San Jose
CALIFORNIA 95125

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: on-line
trading services in which seller posts items to be sold at a set
price, or alternatively to be offered in an auction-style format where
bidding is done electronically, and providing evaluative feedback and
ratings of sellers' goods and services, the value and prices of
sellers' goods, buyers' and sellers' performance, delivery and overall
trading experience in connection therewith.  First Use: 2001/01/04.
First Use In Commerce: 2001/01/04.

**Prior Registration(s)**
2218732;2410023;2420512

**Description of Mark**
The mark features the following color "e" in red, overlapping "e" and
"b" section in purple, "b" in blue, overlapping "b" and "a" section in
orange, "a" in yellow, overlapping "a" and "y" section in brown, "y"
in green, and two color dashes above the "i" in yellow and light blue.

**Print: Jun 21, 2005**                          **76184915**

**Filing Date**
2000/12/21

**Examining Attorney**
KHAN, ASMAT

**Attorney of Record**
Larissa Kehoe Hoffman



**Print: Jun 21, 2005**                          78339332

**DESIGN MARK**

**Serial Number**
78339332

**Status**
REGISTERED

**Word Mark**
EBAY LIVE!

**Standard Character Mark**
Yes

**Registration Number**
2913227

**Date Registered**
2004/12/21

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
eBay Inc. CORPORATION DELAWARE 2145 Hamilton Avenue San Jose
CALIFORNIA 95125

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: arranging
and conducting trade shows and exhibitions in the field of online
trading services.  First Use: 2002/06/01.  First Use In Commerce:
2002/06/01.

**Filing Date**
2003/12/11

**Examining Attorney**
GRAY, CAROLYN

**Attorney of Record**
Francine M. Hanson

-1-

# EBAY LIVE!

.://encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?refid=1861607175
21/2005 09:18:22 AM



MSN Home   My MSN   Hotmail   Shopping   Money   People & Chat   Sign In   Web Search:

**msn** Encarta®

> > Subscriber Sign In   |   Help

ome   Encyclopedia   **Dictionary**   Atlas   Homework   College   Grad   Online Degrees   Career Training   **Upgrade to Encarta Premium**

> Click here to search all of MSN Encarta

Reference | Encarta

## Dictionary

Encarta

Quizzes   Newsletter   Encarta blog
Columns   On This Day   MSN Encarta
Top 10 Lists   Multimedia   Worldwide

Find
e-   in   Dictionary   Click here to search all of MSN Encarta

Advertisement

CHRYSLER   2005 TOWN & COUNTRY

**Dictionary**   **Thesaurus**   **Translations**

Dzongkha
Dzungaria
E (1)
E (2)
E (3)
e (1)
e (2)
e (3)
▶ e-
e,
e-beam
e-biz
e-blocker
E-boat
e-bomb
e-book

**e-**

e–

prefix

1. electronic
• *e-mail*

2. electronic data transfer via the Internet
• *e-commerce*

[Abbreviation of electronic]

Upgrade to Encarta Premium
Spend less time searching and more time learning.
Click for details

**Our Partners**
• Amazon: Buy books

://encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?refid=1861607175

21/2005 09:18:22 AM

e-business.



rint Preview

ee pronunciation
ey

earch for "e-" in all
MSN Encarta

ownload the MSN
ncarta Right-Click
ictionary

ncarta® World English Dictionary [North American Edition] © & (P)2005
icrosoft Corporation. All rights reserved. Developed for Microsoft by
loomsbury Publishing Plc.

More Links from Our Advertisers

| SAT Prep | Tutoring |
| Distance Learning | Online MBA |
| Education Online | Textbook |

* ClassesUSA.com: Compare online degrees
* CollegeBound Network: ReadySetGo
* hq]education: Career education
* Kaplan Test Prep and Admissions
* The Princeton Review
* Sylvan Learning Center

**Also on Encarta**

* Forum: Who hires online graduates?
* You're smart, right? Help us make Encarta better
* Beyond Batman: Super gross superheroes

**Also on MSN**

* Jane Goodall: When Animals Talk, on Animal Planet
* Culinary school: Become a chef, or at least a better cook
* Travel Central: Ed Viesturs' ultimate climb

**MSN Shopping**



Beach Sport Skimmer Skirt
$45.00
NikeTown
More Women's Skirts

2005 Microsoft   MSN Privacy   Legal   Advertise                Feedback   Help

**EXHIBIT B**

| To: | Grow America Corporation (albertkeyack@yahoo.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 78552094 - BAY BAZAAR - MOSES-4 |
| Sent: | 8/24/05 5:43:22 PM |
| Sent As: | ECOM114@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**     78/552094

**APPLICANT:**     Grow America Corporation

## *78552094*

**CORRESPONDENT ADDRESS:**
ALBERT T. KEYACK
ALBERT T. KEYACK
1005 GLENDEVON DRIVE
AMBLER, PA 19002

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK:**     BAY BAZAAR

**CORRESPONDENT'S REFERENCE/DOCKET NO:**     MOSES-4

**CORRESPONDENT EMAIL ADDRESS:**
albertkeyack@yahoo.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

Serial Number  78/552094

The assigned examining attorney has reviewed the referenced application and determined the following.

## Section 2(d) - Likelihood of Confusion Refusal

Registration of the proposed mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 2555505, 2218732, 2410023 and 2420512.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); TMEP §§1207.01 *et seq.* See the enclosed registrations.

Taking into account the relevant *Du Pont* factors, a likelihood of confusion determination in this case involves a two-part analysis.  First, the marks are compared for similarities in appearance, sound, connotation and commercial impression.  *In re E .I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973).

Applicant is attempting to register the mark BAY BAZAAR.

Ebay owns registrations for the mark EBAY and EBAY PREMIERE in typed and stylized formats.  The wording BAY BAZAAR is similar in sound, appearance and meaning to the term EBAY because both marks incorporate the arbitrary term BAY.  While the applicant's mark does not include the descriptive prefix "e"[1] included in the registered marks, the strength of the term "bay" in relation to the prefix "e" dominates the generalized impression left by the registered marks. The other differences between the marks, i.e., the addition of the term BAZAAR, which is descriptive in the context of the services, and the addition of the term PREMIERE in one of the EBAY and the stylization of the wording in some of the EBAY registrations do not

Second, the goods or services are compared to determine whether they are similar or related or whether the activities surrounding their marketing are such that confusion as to origin is likely.  *In re National Novice Hockey League, Inc.*, 222 USPQ 638 (TTAB 1984); *In re August Storck KG,* 218 USPQ 823 (TTAB 1983); *In re Int'l Tel. and Tel. Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Prods. Co., v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978); TMEP §§1207.01 *et seq.*

Likelihood of confusion is determined on the basis of the goods or services as they are identified in the application and the registration. *Hewlett-Packard Co. v. Packard Press Inc.,* 281 F.3d 1261, 62 USPQ2d 1001 (Fed. Cir. 2002); *In re Shell Oil Co.,* 992 F.2d 1204, 26 USPQ2d 1687, 1690 n.4 (Fed. Cir. 1993); *J & J Snack Foods Corp. v. McDonald's Corp.*, 932 F.2d 1460, 18 USPQ2d 1889 (Fed. Cir. 1991); *Octocom Systems Inc. v. Houston Computer Services Inc.*, 918 F.2d 937, 16 USPQ2d 1783 (Fed. Cir. 1990).  Since the identification of the applicant's goods and/or services is very broad, it is presumed that the application encompasses all goods and/or services of the type described, including those in the registrant's more specific identification, that they move in all normal channels of trade and that they are available to all potential customers. TMEP §1207.01(a)(iii).

In any event, the goods and/or services of the parties need not be identical or directly competitive to find a likelihood of confusion.  Instead, they need only be related in some manner, or the conditions surrounding their marketing be such that they could be encountered by the same purchasers under circumstances that could give rise to the mistaken belief that the goods and/or services come from a common source. *On-line Careline Inc. v. America Online Inc.*, 229 F.3d 1080, 56

JSPQ2d 1471 (Fed. Cir. 2000); *In re Martin's Famous Pastry Shoppe, Inc.*, 748 F.2d 1565, 223 USPQ 1289 (Fed. Cir. 1984); *In re Melville Corp.*, 18 USPQ2d 1386, 1388 (TTAB 1991); *In re Corning Glass Works*, 229 USPQ 65 (TTAB 1985); *In re Rexel Inc.*, 223 USPQ 830 (TTAB 1984); *Guardian Prods. Co., Inc. v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978); *In re Int'l Tel. & Tel. Corp.*, 197 USPQ 910 (TTAB 1978); TMEP §1207.01(a)(i).

Applicant is attempting to register BAY BAZAAR for "[b]usiness management assistance and particularly carrying out tasks necessary for the smooth conduct of sales by auction."

Presumably, the broadly identified service of "carrying out tasks necessary for the smooth conduct of sales by auction" include the "on-line trading services in which seller posts items to be sold at a set price, or alternatively to be offered in an auction-style format where bidding is done electronically, and providing evaluative feedback and ratings of sellers' goods and services, the value and prices of sellers' goods, buyers' and sellers' performance, delivery and overall trading experience in connection therewith" for which the EBAY marks are registered. Moreover, the business management advice service presumably pertains in large part to the conduct of sales by auction and therefore is likely to be associated by consumers of the trading/auction services with a single source. Accordingly, the use by different parties of marks as similar as applicant's mark and the registered EBAY marks on the listed services is likely to lead to consumer confusion or mistake as to the source of the goods and services.

Any doubt regarding a likelihood of confusion is resolved in favor of the prior registrant. *Hewlett-Packard Co. v. Packard Press Inc.*, 281 F.3d 1261, 62 USPQ2d 1001, 1004 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 6 USPQ2d 1025 (Fed. Cir. 1988); TMEP §§1207.01(d)(i).

If applicant chooses to respond to the refusal(s) to register, then applicant must also respond to the following requirement(s).

## Recitation of Services

The wording used to describe the services needs clarification because the service activities that comprise "carrying out tasks necessary for the smooth conduct of sales by auction" must be clarified.

For assistance with identifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html.

Applicant may adopt the following identification of goods, if accurate:

Business management assistance and particularly carrying out tasks necessary for the smooth conduct of sales by auction, **namely auction management services provided to others over an online web site accessed through a global computer network** in class <u>35</u>.

TMEP §1402.01.

Please note that, while the identification of services may be amended to clarify or limit the services, adding to the services or broadening the scope of the services is not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, applicant may not amend the identification to include services that are not within the scope of the services set forth in the present identification.

## Disclaimers

Applicant must disclaim the descriptive wording "BAZAAR" apart from the mark as shown because it merely describes features of the services. Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.03(a).

In the context of the services the term "bazaar" conveys to consumers that the services feature a marketplace for goods and services. See, e.g., the attached dictionary entry. Presumably applicant's business management and auction facilitating services feature management of a marketplace for goods and services, or an auction marketplace. Accordingly, the term "bazaar" is merely descriptive in the context of the services and must be disclaimed.

The computerized printing format for the Office's *Trademark Official Gazette* requires a standardized format for a disclaimer. TMEP §1213.08(a)(i). The following is the standard format used by the Office:

No claim is made to the exclusive right to use "BAZAAR" apart from the mark as shown.

See *In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

## Response Guidelines

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

/Mark Rademacher/

Examining Attorney

Law Office 114

Ph: (571) 272-9723

Fx: (571) 273-9114

**HOW TO RESPOND TO THIS OFFICE ACTION:**

- **ONLINE RESPONSE:** You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action has been issued via email, you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- **REGULAR MAIL RESPONSE:** To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

---

[1] The "e" prefix has become commonly recognized as a designation for goods or services that are electronic in nature or are sold or provided electronically. When the "e" prefix is coupled with a descriptive term or terms for electronic goods and/or services, then the entire mark is considered merely descriptive under Section 2(e)(1). *In re SPX Corp.,* 63 USPQ2d 1592 (TTAB 2002) (E-AUTODIAGNOSTICS merely descriptive of an "electronic engine analysis system comprised of a hand-held computer and related computer software"); *In re Styleclick.com Inc.,* 57 USPQ2d 1445 (TTAB 2000) (E FASHION held merely descriptive of software for use in shopping via global computer network and electronic retailing services); *Continental Airlines Inc. v. United Air Lines Inc.,* 53 USPQ2d 1385 (TTAB 1999) (E-TICKET held generic for computerized reservation and ticketing of transportation services).

**Print: Aug 23, 2005**                              **75587191**

**DESIGN MARK**

**Serial Number**
75587191

**Status**
REGISTERED

**Word Mark**
EBAY

**Standard Character Mark**
No

**Registration Number**
2420512

**Date Registered**
2001/01/16

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
eBay, Inc. CORPORATION DELAWARE 2125 Hamilton Avenue San Jose
CALIFORNIA 95125

**Goods/Services**
Class Status -- ACTIVE. IC 035. US 100 101 102. G & S: On-line
trading services to facilitate the sale of goods by others via a
computer network and providing evaluative feedback and ratings of
sellers' goods and services, the value and prices of sellers' goods,
buyers' and sellers' performance, delivery, and overall trading
experience in connection therewith. First Use: 1998/01/15. First Use
In Commerce: 1998/01/15.

**Prior Registration(s)**
2218732

**Filing Date**
1998/11/12

**Examining Attorney**
MERCALDI, ANTHONY

-1-

**Print: Aug 23, 2005**                                   **75587191**

**Attorney of Record**
Larissa A J Kehoe



**Print: Aug 23, 2005**                                **75669553**

**DESIGN MARK**

**Serial Number**
75669553

**Status**
REGISTERED

**Word Mark**
EBAY

**Standard Character Mark**
No

**Registration Number**
2410023

**Date Registered**
2000/12/05

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
eBay Inc. CORPORATION DELAWARE 2125 Hamilton Avenue San Jose
CALIFORNIA 95125

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: On-line
trading services to facilitate the sale of goods by others via a
computer network and providing evaluative feedback and ratings of
sellers' goods and services, the value and prices of sellers' goods,
buyers' and sellers' performance, delivery, and overall trading
experience in connection therewith.  First Use: 1998/01/15.  First Use
In Commerce: 1998/01/15.

**Prior Registration(s)**
2218732

**Lining/Stippling Statement**
The mark is lined for red, blue, yellow, green, purple, orange and
brown.

**Filing Date**
1999/03/29

-1-

**Print: Aug 23, 2005**                              **75669553**

**Examining Attorney**
MERCALDI, ANTHONY

**Attorney of Record**
LARISSA A.J. KEHOE



**Print: Aug 23, 2005**                          76184915

**DESIGN MARK**

**Serial Number**
76184915

**Status**
REGISTERED

**Word Mark**
EBAY PREMIER

**Standard Character Mark**
No

**Registration Number**
2555505

**Date Registered**
2002/04/02

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
eBay Inc. CORPORATION DELAWARE 2145 Hamilton Avenue San Jose
CALIFORNIA 95125

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: on-line
trading services in which seller posts items to be sold at a set
price, or alternatively to be offered in an auction-style format where
bidding is done electronically, and providing evaluative feedback and
ratings of sellers' goods and services, the value and prices of
sellers' goods, buyers' and sellers' performance, delivery and overall
trading experience in connection therewith.  First Use: 2001/01/04.
First Use In Commerce: 2001/01/04.

**Prior Registration(s)**
2218732;2410023;2420512

**Description of Mark**
The mark features the following color "e" in red, overlapping "e" and
"b" section in purple, "b" in blue, overlapping "b" and "a" section in
orange, "a" in yellow, overlapping "a" and "y" section in brown, "y"
in green, and two color dashes above the "i" in yellow and light blue.

-1-

**Print: Aug 23, 2005**                                    **76184915**

**Filing Date**
2000/12/21

**Examining Attorney**
KHAN, ASMAT

**Attorney of Record**
Larissa Kehoe Hoffman



# xreferplus

US Patent and Trademark Office

lome | About | Feedback | Help

ll books · art · bilinguals · biography · business · conversions · dictionaries · encyclopedias · food · geography · history · language
aw · medicine · philosophy & psychology · quotations · science · social sciences · technology

| bazaar | **SEARCH** | ◉ Search All |
| | | ○ Search The Penguin English Dictionary |

Advanced search

lome > Dictionaries > The Penguin English Dictionary > b

**email to a friend**
**printer-friendly version**
· **your search results**

About The Penguin English Dictionary
from Penguin

**xreferences**

bazaar
Chambers 21st Century
Dictionary

bazaar
Business Spanish Dictionary,
Peter Collin Publishing

bazaar
Collins Spanish Dictionary

bazaar
Collins French Dictionary

bazaar
Collins Portuguese Dictionary

**view all xreferences** (7)

**adjacent entries**

bayou
bay rum
bay window
**bazaar**
bazooka
BB
BBC

## bazaar

*noun*

**1.** a market, *especially* in the Orient, consisting of rows of shops or stalls selling miscellaneous
goods.
**2.** a fair for the sale of miscellaneous articles, *especially* for charitable purposes.

[Persian **bāzār**]

*The Penguin English Dictionary,* © *Merriam-Webster Inc. and Longman Group Ltd, 1986, and Penguin
Books, 2000* ❶

APA | MLA | Chicago : **Citing this entry**
bazaar. The Penguin English Dictionary (2000). Retrieved 24 August 2005, from xreferplus.
http://www.xreferplus.com/entry/1122452

©2005  xrefer

**EXHIBIT  C**

# TELEBAY



**Fast Links**
Local Phone
Business Service
Broadband Phone
Long Distance
Post-Pay Cellular
Pre-Pay Cellular
DSL / Cable / T1
Dial-Up Internet
Satellite TV
Shopping Mall
Opportunity

## Packet8 $24.99*

TELEB8Y

* Grandma Friendly Price.
* Grandma Friendly Installation.
* Grandma Talks Unlimited!

**Flat-Rate bundled local & long distance** *for your home!*

**local & long distance Solutions** *for your Biz!*

**Compare and order Broadband TODAY!**

*Over 40 Providers!*

**Got Broadband? Talk for Free!**
*Broadband Phone Service*

**Get up to $300 Cash-Back!**
*T-Mobile, Cingular & more!*

**Try our Super-Low International Rates!**
.025  UK
.03   Germany, China
.04   Sweden
.05   Spain
.06   Japan, Russia
.07   Mexico
.15   India
*Click here for more countries!*



Whether y
are a busi



Telebay, LLC has established relationships with top telecommunications providers to afford you the most competitive services and solutions available. We also furnish our worldwide sales representatives some of the industry's most comprehensive and aggressive commission plans. Enriching the lives of our customers and representatives is our goal: *Building strong community with better communications.*

  

Local Phone    Business    VOIP    Long Distance    Cellular



Broadband    Dial-Up ISP    Satellite TV    Shopping    Opportunity

**Product Spotlight:**

        

✦ Packet8 is better than Vonage in every category. If you want VoIP, you can't

Since money doesn't grow on trees or fall from the sky...
You have to reach for it.

do better than Packet8! See why the tech reviewers are raving:

"AOL's service was great during the day, but it suffered from clipped sentences and garbling during long-distance weeknight calls, particularly when we simultaneously downloaded video. Verizon calls came with soft echoes from time to time, and Lingo and Vonage conversations had some clips and garbles during evening hours. Comcast and **Packet8 delivered great audio quality**; but Comcast's service is relatively expensive.... **Packet8 calls were clearer than Verizon VoiceWing calls....** Businesses stand to benefit from VoIP, too. For instance, **Packet8's Virtual Office, a $40-per-month Internet-based phone system, allows an unlimited number of staff extensions, even if the staffers are in a different city or continent."**

-PC World Magazine
Sep. 2005 Issue

✦ Rep Login

Copyright © 2005 Telebay. All rights reserved.

Privacy / Spam Policy

Report Spam

**EXHIBIT  D**

# TELEBAY

View Cart | Order Status

Home | Wireless Specials | Cell Phones | New Plan | Family Plan | Contract Extension | Prepaid Plans | Accessories | Search

**Carriers**
- AT&T
- Nextel
- Sprint
- T-Mobile
- Verizon

**Manufacturers**
- Blackberry
- LG
- Motorola
- Nokia
- Samsung

**Mobile Deal Finder**

Select Carrier

Order by PHONE

veri onwireless
Motorola RAZR V3 Silver
FREE!
Buy today
Hot Deals
2 / 4

**FREE SHIPPING!**

HOT
Motorola RAZR2 V8
T-Mobile
Retail Price: ~~399.99~~
Final Price:
**Too Low to Show**

Motorola KRZR K1
at&t
Retail Price: ~~349.99~~
Final Price:
**FREE**

BlackBerry® Pearl™ 8130
Sprint
Retail Price: ~~499.99~~
Final Price:
**FREE**

Nextel i850
NEXTEL
Retail Price: ~~349.99~~
Final Price:
**FREE**

Motorola RIZR Rose
T-Mobile
Retail Price: ~~229.99~~
Final Price:
**You make $50.00**

Motorola RAZR V3m Silver
verizon wireless
Retail Price: ~~299.99~~
Final Price:
**FREE**

**Our Partners**

at&t | T-Mobile | Sprint | verizon wireless | NEXTEL

Copyright © LetsTalk.com Inc. All Rights Reserved.

powered by LetsTalk.com

*Orders for products and services placed on this site will be billed and fulfilled by LetsTalk.com, an authorized wireless agent.

# TELEB♦Y

Home    Wireless Specials    Cell Phones    New Plan    Family Plan    Contract Extension    Prepaid Plans    Accessories

View Cart | Order Status

Search [          ]

San Francisco, CA, 94133

It's so easy! ▲ ✔ Pick Your Phone → ② Pick Your Plan → ③ Select Add-ons → ④ Review Cart

☑ Show plans compatible with this phone: **Motorola RAZR2 V8 (T-Mobile)** remove phone from cart
☑ Only show me plans where my phone price will be FREE

Narrow Your Selection: [Primary Calling Area ▸]    [Choose Monthly Price ▸]    [Shop by Feature ▸]

| | Service Plan Name (Sort) | Anytime Minutes (Sort) | Night/Wknd Minutes (Sort) | Monthly Fee (Sort) |
|---|---|---|---|---|
| **Compare** ☐ T··Mobile· authorized dealer | **T-Mobile Individual Max**<br>• 1500 Whenever Minutes<br>• Unlimited Night and Weekend Minutes<br>• Free Long Distance and Free Roaming on the T-Mobile network!<br>• This plan includes: Voicemail, Caller Id, Call Waiting, Call Forwarding and Conference Calling. | 1500 | Unlimited | $59.99** — Continue ▶ |
| **Compare** ☐ T··Mobile· authorized dealer | **T-Mobile myFaves 1000**<br>• 1000 Whenever Minutes<br>• Unlimited myFaves Minutes<br>• Unlimited Nights and Weekend Minutes<br>• Free Long Distance and Roaming on the T-Mobile network!<br>• This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding, Conference Calling<br>⊕ **Faves** demo | 1000 | Unlimited | $59.99** — Continue ▶ |
| **Compare** ☐ | **T-Mobile myFaves 1500**<br>• 1500 Anytime Minutes<br>• Unlimited Night and Weekend Minutes<br>• Free Long Distance and Free Roaming on the T-Mobile network!<br>• This plan includes: Caller Id, Voice Mail, Call Waiting, Call | 1500 | Unlimited | $69.99** — Continue ▶ |



Forwarding, Conference Calling.

myFaves demo

**T-Mobile Individual Ultra**
- 2500 Whenever Minutes
- Unlimited Night and Weekend Minutes
- Free Long Distance and Free Roaming on the T-Mobile network!
- This plan includes: Voicemail, Caller Id, Call Waiting, Call Forwarding and Conference Calling.

2500 | Unlimited | $99.99**

**T-Mobile Promo Individual Unlimited Plan**
- Unlimited Anytime Minutes
- Unlimited Night and Weekend Minutes
- Unlimited Mobile-to-Mobile Minutes
- Unlimited Text, IM, Picture and Video Messaging
- Free Long Distance and Free Roaming on the T-Mobile network
- This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding.

Unlimited | Unlimited | $99.99**

**T-Mobile myFaves 2500**
- 2500 Whenever Minutes
- Unlimited myFaves Minutes
- Unlimited Nights and Weekend Minutes
- Free Long Distance and Roaming on the T-Mobile network!
- This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding, Conference Calling

myFaves demo

2500 | Unlimited | $109.99**

**T-Mobile Individual Supra**
- 5000 Whenever Minutes
- Unlimited Night and Weekend Minutes
- Free Long Distance and Free Roaming on the T-Mobile network!
- This plan includes: Voicemail, Caller Id, Call Waiting, Call Forwarding and Conference Calling.

5000 | Unlimited | $129.99**

**T-Mobile myFaves 5000**
- 5000 Whenever Minutes
- Unlimited myFaves Minutes
- Unlimited Nights and Weekend Minutes
- Free Long Distance and Roaming on the T-Mobile network!
- This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding, Conference Calling

myFaves demo

5000 | Unlimited | $139.99**

Compare ☐

T-Mobile authorized dealer

**The Carrier you select may impose additional charges on top of this monthly fee, including Federal, State and Local Taxes and Universal Service Charges, or a Regulatory Cost Recovery Fee. All fees vary by carrier. See rate plan for specific fee.

Copyright © LetsTalk.com Inc. All Rights Reserved.
*Orders for products and services placed on this site will be billed and fulfilled by LetsTalk.com, an authorized wireless agent.

# TELEBAY

Home    Wireless Specials    Cell Phones    New Plan    Family Plan    Contract Extension    Prepaid Plans    Accessories

⇥ View Cart | Order Status

Search [                    ]

San Francisco, CA, 94133

It's so easy! ⇥ ✓ Pick Your Phone → ✓ Pick Your Plan → ③ Select Add-ons → ④ Review Cart

## 🛒 Items in Your Cart

| Phones: | | Plans: | Included Accessories: |
|---|---|---|---|
| Line 1: | Motorola RAZR2 V8 (T-Mobile) | T-Mobile Individual Max | Lithium Ion battery, Compact wall charger |
| Line 2: | Motorola RAZR2 V8 (T-Mobile) | T-Mobile Individual Max | Lithium Ion battery, Compact wall charger |

**Continue to Cart ▶**

Use coupon e4598f4e for 20% off most accessories with phone & plan!

## Add Accessories

**Batteries**



☐ **Standard Li-Ion Battery**
Always be prepared with an extra battery on hand!
more...
Sale Price:$19.99 Retail Price:$29.99

**Bluetooth Headsets**    See More ▶

☐ **Anycom Aris-21 Bluetooth Headset**
Eliminate cables with Bluetooth technology! more...
Sale Price:$29.99 Retail Price:$59.99

**Car & Home Chargers**    See More ▶

☐ **Car Charger**
Spend a lot of time on the road? Charge your phone
while in your cart more...
Sale Price:$12.99 Retail Price:$24.99

**Car Kits**    See More ▶

## Add T-Mobile Features

**Text, Instant, Picture & Video Messaging**

Send and receive short e-mails, text and instant messages (up to 140
characters), and even picture and video messages using your T-Mobile
phone! Full Details ▶

○ Unlimited Messages                        $14.99/mo
○ Any 1000 Messages                          $9.99/mo
○ Any 400 Messages                           $4.99/mo
○ None

**Mobile to Mobile**

Stay connected with unlimited calls to other T-Mobile customers
anywhere on the Get More® network. Full Details ▶

○ Unlimited Mobile to Mobile                 $6.99/mo
○ None

**T-MobileWeb**

Search the mobile Web, find directions to the places you want to go, get

local, international, and financial news, stock quotes, weather, sports, play online games, e-mail, community chat, and... Full Details ▶

○ T-MobileWeb    $5.99/mo

○ None

**Anycom HCC-250 Portable Bluetooth Car Kit**
Eliminate cables with Bluetooth technology! more...
Sale Price:$59.99 Retail Price:$99.99                    See More ▶

## Carrying Cases & Clips



**Black Stealth Fliptop Leather Case**
Carry your phone on the go AND keep it protected!
more...
Sale Price:$14.99 Retail Price:$29.99

## Corded Headsets



**Motorola S280 Micro-USB Stereo Earbud Headset - SYN0896**
more...
Sale Price:$19.99 Retail Price:$29.99

## Entertainment and Downloads                    See More ▶



**Britannica Online Annual Subscription**
Britannica Online is the ultimate learning and research source for students and knowledge ...
more...
Sale Price:$69.95 Retail Price:$99.95

## Fashion                    See More ▶



**Body Glove Universal Fellowes WriteRight Screen Protectors 12 Pack - 9000201**
more...
Sale Price:$9.99 Retail Price:$19.99

## Headphones & Speakers                    See More ▶



**BlueAnt Sonic Portable Stereo Bluetooth Speakers - US-093719**
Eliminate cables with Bluetooth technology! more...
Sale Price:$124.99 Retail Price:$149.99

## Phone Holders & Mounts                    See More ▶



**Universal PDA Auto Mount and Grip Holder with Window and Adhesive Mount - FXGRIPPDAMNT**
Keep your phone secure while in your car! more...
Sale Price:$19.99 Retail Price:$29.99

## Security Tag



**You Get It Back Security Tag**
more...
Sale Price:$9.99 Retail Price:$19.99






## Software & Applications                                    See More ▶

**Avanquest Ringtone Media Studio 2**
Create Ringtones, Movies & Wallpapers from Your
Music, Videos & Pictures! more...
**Sale Price:$19.99** Retail Price:$59.99

## Wireless Internet Kits & USB Cables            See More ▶



**Motorola Micro USB Data Cable - SKN6238A**
Easily synchronize, transfer data and port contacts!
more...
**Sale Price:$19.99** Retail Price:$29.99

See all accessories ▶



## ⊞ Add Other Options

**Protect Your Investment!**

☐  **Device Protection Plan $49.99/year**
Protect Your Investment! more...



**Continue to Cart ▶**

Copyright © LetsTalk.com Inc. All Rights Reserved.

*Orders for products and services placed on this site will be billed and fulfilled by LetsTalk.com, an authorized wireless agent.



# TELEBAY

Packet8  $24⁹⁹
TELEBAY

* Grandma Friendly Price.
* Grandma Friendly Installation.
* Grandma Talks Unlimited!

**Fast Links**
Local Phone
Business Service
Broadband Phone
Long Distance
Post-Pay Cellular
Pre-Pay Cellular
DSL / Cable / T1
Dial-Up Internet
Satellite TV
Shopping Mall
Opportunity



**Flat-Rate bundled local & long distance** for your home!

**local & long distance Solutions** for your Biz!

**Compare and order Broadband TODAY!**
Over 40 Providers!

**Got Broadband?**
**Talk for Free!**
Broadband Phone Service

**Get up to $300 Cash-Back!**
T-Mobile, Cingular & more!

**Try our Super-Low International Rates!**
.025  U.K.
.03   Germany, China
.04   Sweden
.05   Spain
.06   Japan, Russia
.07   Mexico
.15   India
**Click here for more countries!**



## Long Distance Service for Home & Office

We've sifted through all of the long distance carriers out there to provide you with the best selection. We know that finding the right long distance provider can be a headache, so we've made it easy by narrowing it down to a few of the best: Pioneer, Opex and Trinsic. Look below to see which is best for you!



### Pioneer Telephone

Traditional long distance with old fashioned customer service. No hidden surprises... just a simple, straightforward and honest company. Pioneer has not raised its domestic U.S. rates since 1989. Pioneer leases network from more than 300 vendors worldwide and has it's own switching network consisting of three Nortel DMS 250 switches. Pioneer has completed billions of minutes of traffic to every destination in the world.

- Rate Buster - 2.7 cents per minute for state-to-state calls billed in easy 60 second increments with no monthly fee.
- Talk Cents - 3.25 cents per minute for state-to-state calls billed in 6 second increments with no monthly fee.



### Opex Value Plus 2.95

OPEX is an FCC Certified and Tariffed long distance carrier. Their network rests upon several large nationwide network providers who have high quality global connectivity. Since Opex buys their network minutes in such bulk and has the most efficient support operation in the industry, they can offer deep discounted rates without compromising the quality of service. OPEX does not spend money on expensive advertising. This also allows them to pass even more savings on to their customers.

- 2.95 Plan- Outstanding customer service really makes Opex stand above many of their competitors, but 2.95 cent state-to-state calling doesn't hurt either! Easy 60 second billing. A $2 fee applies for bills less than $20 in a month.

Since money doesn't grow on trees or fall from the sky. You have to reach for it. ▼

## May we suggest:

◆ If you don't currently have broadband service, either through your cable company or local telephone provider, try our broadband search tool. By entering your phone number we can search over 40 different broadband providers in your area to give you the best possible deal. Try our broadband search engine today!

◆ Rep Login

Copyright © 2005 Telebay. All rights reserved.

Privacy / Spam Policy

Report Spam

# TELEBAY

Home   Wireless Specials   Cell Phones   New Plan   Family Plan   Contract Extension   Prepaid Plans   Accessories

Search [ ]

View Cart | Order Status

San Francisco, CA, 94133

It's so easy! ➤ ✔ Pick Your Phone → ➤ ✔ Pick Your Plan → ✔ Select Add-ons → ➍ Review Cart

## Shopping Cart

( Continue Shopping ) ( Empty Cart )

**Proceed to Checkout ▶**

**Order Toll-Free**
Order by Phone
Click Here


**Free Shipping***
On most orders over $50 and phone w/plans.
*See Details

**LetsTalk Policies**
**Returns Info**
7 day returns/30 day exchanges!
**Privacy Policy**
We take your privacy seriously!
**Shopping Security**
Your order is safe and secure!
**Shipping Info**
Most orders placed by 2PM PST ship within 24 hours!




| | Plan | Monthly Fee | Phone(s) | Price Now | After Rebates |
|---|---|---|---|---|---|
| | | | | Shopping Security 🔒 | |
| 1 Update Change Remove | **T‑Mobile Individual Max** This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding, Conference Calling. Activation Fee: $35.00 **Plan Options** 2 Year Contract (required) Add/Edit Plan Options | $59.99 Included |  In Stock Change Remove **Motorola RAZR2 V8 (T‑Mobile)** Retail Price: $399.99 **Special Promotions details** • Exclusive $50 instant discount w/ MyFaves! • Exclusive $50 mail-in rebate! • Exclusive $100 instant discount! • $50 T‑Mobile Mail-In Rebate **Includes** • lithium Ion battery • compact wall charger Add/Edit Accessories | $249.99 –$50.00 –$50.00 –$100.00 –$50.00 | $249.99 |
| 1 Update Change Remove | **T‑Mobile Individual Max** This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding, Conference Calling. Activation Fee: $35.00 **Plan Options** 2 Year Contract (required) | $59.99 Included | In Stock Change Remove **Motorola RAZR2 V8 (T‑Mobile)** Retail Price: $399.99 **Special Promotions details** • Exclusive $50 instant discount w/ MyFaves! • Exclusive $50 mail-in rebate! • Exclusive $100 instant discount! • $50 T‑Mobile Mail-In Rebate | $249.99 –$50.00 –$50.00 –$100.00 –$50.00 | $249.99 |

Add/Edit Plan Options

Monthly Fee: **                    $119.98

Includes
- lithium ion battery
- compact wall charger

Add/Edit Accessories

Subtotal:                    $199.98        -$0.02

| | Price Now | After Rebates |
|---|---|---|

Accessories

In Stock



**Anycom Aris-21 Bluetooth Headset**
Retail Price: $69.99 Unit Price: 29.99                    $29.99        $29.99

| Update | | |
|---|---|---|
Remove

Add Accessories to Your Order

Accessory Subtotal:        $29.99        $29.99

Shipping Options

FedEx 2 Day - Free ($0.00)    **FedEx**        $0.00        $0.00

Update

Coupon Code                    Update

Gift / Reward Code                    Update

Today's Total: *            $229.97

TOTAL AFTER REBATES:            $29.97

**Pricing Notes**

* Price above does not reflect sales tax, which will be added for Texas and California.
Tax estimate: $87.54. Today's total + tax estimate: $317.51.
The retail value of this purchase is **$859.97** -- Your discounted price is **$229.97**.
You are eligible for mail-in rebates totaling $200.00 -- After rebates **you pay only $29.97**.

**\*\*T-Mobile** will bill you $70.00 for activation on your first bill,
and $119.98 per month (plus taxes & fees) each subsequent month.

You can keep your number if you are switching carriers.
Shopping Security 🔒

( Proceed to Checkout ? )

( Continue Shopping )   ( Empty Cart )



digicert
Trusted COMMERCE
03/06/08

**EXHIBIT E**

# TELEBAY Mall

## ◎ Shop target.com ▶
Expect more. Pay less.

| Automotive | Books | Business | Electronics | Financial | Florists | Food |
| Friends - Dating | General | Gifts - Collectibles | Health - Self Help | Home |
| Men | Movies - Music | Outdoor | Pets | Sports | Telecom | Travel | Women | Kids |

-Jump to a store- ▸

**General**

GO!



overstock.com®
Your Online Outlet™

**BEST PRICE GUARANTEE**
►CLICK HERE◄

WAL★MART®
ALWAYS LOW PRICES. *Always*

ROLLBACK
Click here
to save you
even more!
WAL★MART



THE SHARPER IMAGE

Save up to 50%

SHARPER IMAGE OUTLET

**Buy.com** average grade: A+ ( 2 customer reviews )
Offering over 2 million products to over 6 million customers.
Buy.com® is the Internet retailer of choice. With categories ranging
from computer hardware to software, from electronics to cellular, from
books to movies, from music to toys, and tons more, we've got
whatever it is you're craving 24/7, all year long.

✦To write a review and rate this store click here.

overstock.com®

**Overstock.com** average grade: A ( 5 customer reviews )
An Internet leader for name-brands at clearance prices. We help you
shop smarter by offering top-quality name-brand merchandise at 40-
80% off, every day of the week.

✦To write a review and rate this store click here.

**Wal-Mart** average grade: A+ ( 11 customer reviews )
We want our customers to trust in our pricing philosophy and to



New!
"Alive"
Chimpanzee

SHARPER IMAGE



FREE Catalogs

ShopAtHome.com

BOOKS OF THE MONTH
Save 40%
On Best-
Selling Books
Every Month

FAMILY Christian Stores



**WAL★MART** ALWAYS LOW PRICES. *Always* always be able to find the lowest prices with the best possible service. We're nothing without our customers.

✦ To write a review and rate this store click here.



**Home Shopping Network** average grade: **A+** ( 5 customer reviews )
HSN is your shopping destination for the best selection of jewelry, electronics, gifts and more from brand names you know and trust. Shop 24 hours a day, 7 days a week on Home Shopping Network TV and HSN.com.

✦ To write a review and rate this store click here.

macy's

**Macy's** average grade: **A+** ( 5 customer reviews )
Shop online at the world's largest department store; an extraordinary assortment from all the best brands in fashion for him and her, everything for home, cosmetics & fragrances and jewelry.

✦ To write a review and rate this store click here.

**FINGERHUT** Access to better living

**Fingerhut** average grade: **B-** ( 7 customer reviews )
From grills to computers, fingerhut has it all! Find what you need at great prices.

✦ To write a review and rate this store click here.



**Brookstone** average grade: **A+** ( 2 customer reviews )
The Perfect Innovative Gift Idea; Brookstone offers an assortment of Specialty Consumer Products. Discover smart solutions for easier, more comfortable living. Innovative gifts that make life better.

✦ To write a review and rate this store click here.

**half.com** An eBay COMPANY

**Half.com** average grade: **A+** ( 2 customer reviews )
Half.com by eBay is a fixed-price, online marketplace where you can buy and sell new and used products at discounted prices."

✦ To write a review and rate this store click here.



**The Sharper Image** average grade: **A** ( 3 customer reviews )
The Sharper Image is a specialty retailer that is nationally and

**THE SHARPER IMAGE**

internationally renowned as a leading source of new, innovative, high-quality products that make life better and more enjoyable.

✦To write a review and rate this store click here.

*SmartBargains*
The Brands, Smart Prices™

SmartBargains average grade: **A+** ( 1 customer review )
SmartBargains makes it easy for brand-oriented, value-conscious consumers to find wonderful bargains on the products they love. Every day we offer superior quality goods and top brands at up to 70% off retail value.

✦To write a review and rate this store click here.

**COUPONS**

Coupons.com average grade: **A+** ( 1 customer review )
With over $100 worth of Free Printable Coupons from familiar consumer brands, Coupons.com is the undisputed leader in providing print-at-home coupons! Carries coupons from over 300 well known companies such as General Mills, L'Oreal, Johnson & Johnson & 3M products offering over 65 local in-store coupons.

✦To write a review and rate this store click here.

**FAMILY** CHRISTIAN STORES

Family Christian Stores average grade: **B+** ( 2 customer reviews )
America's leading specialty retailer dedicated solely to the Christian retailing market, offering an extensive selection of high-quality, Christian-related products.

✦To write a review and rate this store click here.




Shop At Home
Founded in 1986, Belcaro Group, Inc. started business by producing catalogs featuring other catalogs. This unique service enabled consumers and catalog retailers to connect with each other with minimal cost and effort.

✦To write a review and rate this store click here.

336 Stores

# If you were given a shopping mall... would you take it?



Well, here you go! You can now have your mall for free. We're giving it to you. All you have to do is promote it. For sales generated from your mall, you will make commissions. You can even give away malls to others and make money from their sales, too (up to 4 levels deep). Get your own piece of Internet Real Estate today!

Copyright © 2004 Telebay. All rights reserved.

Privacy Policy