eBay Inc. v. Telebay LLC

Doc. 1 Att. 4

**EXHIBIT C**

Dockets.Justia.com



# TELEBAY

**Packet8 $24⁹⁰**
TELEBAY
* Grandma Friendly Price.
* Grandma Friendly Installation.
* Grandma Talks Unlimited!

**Fast Links**
- Local Phone
- Business Service
- Broadband Phone
- Long Distance
- Post-Pay Cellular
- Pre-Pay Cellular
- DSL / Cable / T1
- Dial-Up Internet
- Satellite TV
- Shopping Mall
- Opportunity



**Flat-Rate bundled local & long distance** *for your home!*




**local & long distance Solutions** *for your Biz!*

**Compare and order Broadband TODAY!**
*Over 40 Providers!*

**Got Broadband? Talk for Free!**
*Broadband Phone Service*

**Get up to $300 Cash-Back!**
*T-Mobile, Cingular & more!*

**Try our Super-Low International Rates!**
| | |
|---|---|
| .025 | UK |
| .03 | Germany, China |
| .04 | Sweden |
| .05 | Spain |
| .06 | Japan, Russia |
| .07 | Mexico |
| .15 | India |

*Click here for more countries!*





Whether y are a busi

Telebay, LLC has established relationships with top telecommunications providers to afford you the most competitive services and solutions available. We also furnish our worldwide sales representatives some of the industry's most comprehensive and aggressive commission plans. Enriching the lives of our customers and representatives is our goal: ***Building strong community with better communications.***















Local Phone — Business — VOIP — Long Distance — Cellular

Broadband — Dial-Up ISP — Satellite TV — Shopping — Opportunity

**Product Spotlight:**

♦ Packet8 is better than Vonage in every category. If you want VoIP, you can't

do better than Packet8! See why the tech reviewers are raving:

"AOL's service was great during the day, but it suffered from clipped sentences and garbling during long-distance weeknight calls, particularly when we simultaneously downloaded video. Verizon calls came with soft echoes from time to time, and Lingo and Vonage conversations had some clips and garbles during evening hours. Comcast and **Packet8 delivered great audio quality**; but Comcast's service is relatively expensive.... **Packet8 calls were clearer than Verizon VoiceWing calls**.... Businesses stand to benefit from VoIP, too. For instance, **Packet8's Virtual Office, a $40-per-month Internet-based phone system, allows an unlimited number of staff extensions, even if the staffers are in a different city or continent.**"

-PC World Magazine
Sep. 2005 Issue

Since money doesn't grow on trees or fall from the sky... You have to reach for it.

◆ Rep Login

Copyright © 2005 Telebay. All rights reserved.

Report Spam

Privacy / Spam Policy