**EXHIBIT D**

Dockets.Justia.com

View Cart | Order Status

Home | Wireless Specials | Cell Phones | New Plan | Family Plan | Contract Extension | Prepaid Plans | Accessories | Search

**Carriers**
- AT&T
- Nextel
- Sprint
- T-Mobile
- Verizon

**Manufacturers**
- Blackberry
- LG
- Motorola
- Nokia
- Samsung

**Mobile Deal Finder**

Select Carrier

Order by PHONE

veri onwireless
Motorola RAZR V3 Silver
FREE!
Buy today
Hot Deals
2 / 4

FREE SHIPPING!

| | | |
|---|---|---|
| HOT Motorola RAZR2 V8<br>T-Mobile<br>Retail Price: ~~399.99~~<br>Final Price:<br>**Too Low to Show** | Motorola KRZR K1<br>at&t<br>Retail Price: ~~349.99~~<br>Final Price:<br>**FREE** | BlackBerry® Pearl™ 8130<br>Sprint<br>Retail Price: ~~499.99~~<br>Final Price:<br>**FREE** |
| Nextel i850<br>NEXTEL<br>Retail Price: ~~349.99~~<br>Final Price:<br>**FREE** | Motorola RIZR Rose<br>T-Mobile<br>Retail Price: ~~229.99~~<br>Final Price:<br>**You make $50.00** | Motorola RAZR V3m Silver<br>verizon wireless<br>Retail Price: ~~299.99~~<br>Final Price:<br>**FREE** |

**Our Partners**

at&t | T-Mobile | Sprint | verizon wireless | NEXTEL

Copyright © LetsTalk.com Inc. All Rights Reserved.

Powered by LetsTalk.com

*Orders for products and services placed on this site will be billed and fulfilled by LetsTalk.com, an authorized wireless agent.

# TELEB

It's so easy! ▶ ✓ Pick Your Phone → ❷ Pick Your Plan → ③ Select Add-ons → ④ Review Cart

☑ Show plans compatible with this phone: **Motorola RAZR2 V8 (T-Mobile)** remove phone from cart

☑ Only show me plans where my phone price will be FREE

**Narrow Your Selection:** |Primary Calling Area ▼|   |Choose Monthly Price ▼|   |Shop by Feature ▼|

| | Service<br>Plan Name<br>(Sort) | Anytime<br>Minutes<br>(Sort) | Night/Wknd<br>Minutes<br>(Sort) | Monthly<br>Fee<br>(Sort ▲) |
|---|---|---|---|---|
| **Compare** ☐ | | | | |
|  T··Mobile authorized dealer | **T-Mobile Individual Max**<br>• 1500 Whenever Minutes<br>• Unlimited Night and Weekend Minutes<br>• Free Long Distance and Free Roaming on the T-Mobile network!<br>• This plan includes: Voicemail, Caller Id, Call Waiting, Call Forwarding and Conference Calling. | 1500 | Unlimited | $59.99** | Continue ▶ |
| **Compare** ☐ | | | | |
| T··Mobile authorized dealer | **T-Mobile myFaves 1000**<br>• 1000 Whenever Minutes<br>• Unlimited myFaves Minutes<br>• Unlimited Nights and Weekend Minutes<br>• Free Long Distance and Roaming on the T-Mobile network!<br>• This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding, Conference Calling<br>my**Faves** demo | 1000 | Unlimited | $59.99** | Continue ▶ |
| **Compare** ☐ | **T-Mobile myFaves 1500**<br>• 1500 Anytime Minutes<br>• Unlimited Night and Weekend Minutes<br>• Free Long Distance and Free Roaming on the T-Mobile network!<br>• This plan includes: Caller Id, Voice Mail, Call Waiting, Call | 1500 | Unlimited | $69.99** | Continue ▶ |

**T·Mobile·** authorized dealer

Forwarding, Conference Calling.

**my Faves** demo

| | | | |
|---|---|---|---|

Compare ☐   **T·Mobile·** authorized dealer

**T-Mobile Individual Ultra**
- 2500 Whenever Minutes
- Unlimited Night and Weekend Minutes
- Free Long Distance and Free Roaming on the T-Mobile network!
- This plan includes: Voicemail, Caller Id, Call Waiting, Call Forwarding and Conference Calling.

2500    Unlimited    $99.99**    **Continue ▸**

Compare ☐   **T·Mobile·** authorized dealer

**T-Mobile Promo Individual Unlimited Plan**
- Unlimited Anytime Minutes
- Unlimited Night and Weekend Minutes
- Unlimited Mobile-to-Mobile Minutes
- Unlimited Text, IM, Picture and Video Messaging
- Free Long Distance and Free Roaming on the T-Mobile network.
- This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding.

**my Faves** demo

Unlimited    Unlimited    $99.99**    **Continue ▸**

Compare ☐   **T·Mobile·** authorized dealer

**T-Mobile myFaves 2500**
- 2500 Whenever Minutes
- Unlimited myFaves Minutes
- Unlimited Nights and Weekend Minutes
- Free Long Distance and Roaming on the T-Mobile network!
- This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding, Conference Calling

**my Faves** demo

2500    Unlimited    $109.99**    **Continue ▸**

Compare ☐   **T·Mobile·** authorized dealer

**T-Mobile Individual Supra**
- 5000 Whenever Minutes
- Unlimited Night and Weekend Minutes
- Free Long Distance and Free Roaming on the T-Mobile network!
- This plan includes: Voicemail, Caller Id, Call Waiting, Call Forwarding and Conference Calling.

5000    Unlimited    $129.99**    **Continue ▸**

Compare ☐   **T·Mobile·** authorized dealer

**T-Mobile myFaves 5000**
- 5000 Whenever Minutes
- Unlimited myFaves Minutes
- Unlimited Nights and Weekend Minutes
- Free Long Distance and Roaming on the T-Mobile network!
- This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding, Conference Calling

**my Faves** demo

5000    Unlimited    $139.99**    **Continue ▸**

**The Carrier you select may impose additional charges on top of this monthly fee, including Federal, State and Local Taxes and Universal Service Charges, or a Regulatory Cost Recovery Fee. All fees vary by carrier. See rate plan for specific fee.

Copyright © LetsTalk.com Inc. All Rights Reserved.
*Orders for products and services placed on this site will be billed and fulfilled by LetsTalk.com, an authorized wireless agent.

# TELEBAY

It's so easy! ➤ ✔ Pick Your Phone → ✔ Pick Your Plan → ✔ ③ Select Add-ons → ④ Review Cart

## 🛒 Items in Your Cart

| Phones: | Plans: | Included Accessories: |
|---|---|---|
| Line 1: Motorola RAZR2 V8 (T-Mobile) | T-Mobile Individual Max | Lithium Ion battery, Compact wall charger |
| Line 2: Motorola RAZR2 V8 (T-Mobile) | T-Mobile Individual Max | Lithium Ion battery, Compact wall charger |

**Use coupon e4598f4e for 20% off most accessories with phone & plan!**

## 🛍 Add Accessories

### Batteries



☐ **Standard Li-Ion Battery**
Always be prepared with an extra battery on hand!
more...
Sale Price:$19.99 Retail Price:$29.99

### Bluetooth Headsets                                        See More ▶

☐ **Anycom Aris-21 Bluetooth Headset**
Eliminate cables with Bluetooth technologyl more...
Sale Price:$29.99 Retail Price:$59.99

### Car & Home Chargers                                       See More ▶

☐ **Car Charger**
Spend a lot of time on the road? Charge your phone
while in your cart more...
Sale Price:$12.99 Retail Price:$20.99

### Car Kits                                                  See More ▶

## ⊞ Add T-Mobile Features

**Text, Instant, Picture & Video Messaging**

Send and receive short e-mails, text and instant messages (up to 140
characters), and even picture and video messages using your T-Mobile
phone! Full Details ▶

| | |
|---|---|
| ○ Unlimited Messages | $14.99/mo |
| ○ Any 1000 Messages | $9.99/mo |
| ○ Any 400 Messages | $4.99/mo |
| ○ None | |

**Mobile to Mobile**

Stay connected with unlimited calls to other T-Mobile customers
anywhere on the Get More® network. Full Details ▶

| | |
|---|---|
| ○ Unlimited Mobile to Mobile | $6.99/mo |
| ○ None | |

**T-MobileWeb**

Search the mobile Web, find directions to the places you want to go, get

Continue to Cart ▶

local, international, and financial news, stock quotes, weather, sports, play online games, e-mail, community chat, and... Full Details ▶

○ T-MobileWeb                                                    $5.99/mo

○ None

---

**Anycom HCC-250 Portable Bluetooth Car Kit**
Eliminate cables with Bluetooth technology! more...
Sale Price:$59.99 Retail Price:~~$99.99~~

See More ▶

## Carrying Cases & Clips



**Black Stealth Fliptop Leather Case**
Carry your phone on the go AND keep it protected!
more...
Sale Price:$14.99 Retail Price:~~$29.99~~

## Corded Headsets



**Motorola S280 Micro-USB Stereo Earbud Headset - SYN0896**
more...
Sale Price:$19.99 Retail Price:~~$29.99~~

## Entertainment and Downloads

See More ▶



**Britannica Online Annual Subscription**
Britannica Online is the ultimate learning and
research source for students and knowledge ...
more...
Sale Price:$69.95 Retail Price:~~$99.95~~

## Fashion

See More ▶



**Body Glove Universal Fellowes WriteRight
Screen Protectors 12 Pack - 9000201**
more...
Sale Price:$9.99 Retail Price:~~$19.99~~

## Headphones & Speakers

See More ▶



**BlueAnt Sonic Portable Stereo Bluetooth
Speakers - US-093719**
Eliminate cables with Bluetooth technology! more...
Sale Price:$124.99 Retail Price:~~$149.99~~

## Phone Holders & Mounts

See More ▶



**Universal PDA Auto Mount and Grip Holder with
Window and Adhesive Mount - FXGRIPPDAMNT**
Keep your phone secure while in your car! more...
Sale Price:$19.99 Retail Price:~~$29.99~~

## Security Tag



**You Get It Back Security Tag**
more...
Sale Price:$9.99 Retail Price:~~$19.99~~



## Software & Applications
See More ▶



**Avanquest Ringtone Media Studio 2**
Create Ringtones, Movies & Wallpapers from Your Music, Videos & Pictures! more...
Sale Price:$19.99 Retail Price:~~$69.99~~

## Wireless Internet Kits & USB Cables
See More ▶



**Motorola Micro USB Data Cable - SKN6238A**
Easily synchronize, transfer data and port contacts! more...
Sale Price:$19.99 Retail Price:~~$29.99~~

See all accessories ▶



## Add Other Options

**Protect Your Investment!**

☐ **Device Protection Plan $49.99/year**
Protect Your Investment! more...

**Continue to Cart ▶**



Copyright © LetsTalk.com Inc. All Rights Reserved.

*Orders for products and services placed on this site will be billed and fulfilled by LetsTalk.com, an authorized wireless agent.



# TELEBAY

## Packet8 $24⁹⁹
TELEBAY
* Grandma Friendly Price.
* Grandma Friendly Installation.
* Grandma Talks Unlimited!

**Fast Links**
Local Phone
Business Service
Broadband Phone
Long Distance
Post-Pay Cellular
Pre-Pay Cellular
DSL / Cable / T1
Dial-Up Internet
Satellite TV
Shopping Mall
Opportunity

## Long Distance Service for Home & Office

We've sifted through all of the long distance carriers out there to provide you with the best selection. We know that finding the right long distance provider can be a headache, so we've made it easy by narrowing it down to a few of the best: Pioneer, Opex and Trinsic. Look below to see which is best for you!



### Pioneer Telephone

Traditional long distance with old fashioned customer service. No hidden surprises... just a simple, straightforward and honest company. Pioneer has not raised its domestic U.S. rates since 1989. Pioneer leases network from more than 300 vendors worldwide and has it's own switching network consisting of three Nortel DMS 250 switches. Pioneer has completed billions of minutes of traffic to every destination in the world.

- <u>Rate Buster</u> - 2.7 cents per minute for state-to-state calls billed in easy 60 second increments with no monthly fee.
- <u>Talk Cents</u> - 3.25 cents per minute for state-to-state calls billed in 6 second increments with no monthly fee.



### Opex Value Plus 2.95

OPEX is an FCC Certified and Tariffed long distance carrier. Their network rests upon several large nationwide network providers who have high quality global connectivity. Since Opex buys their network minutes in such bulk and has the most efficient support operation in the industry, they can offer deep discounted rates without compromising the quality of service. OPEX does not spend money on expensive advertising. This also allows them to pass even more savings on to their customers.

- <u>2.95 Plan</u>- Outstanding customer service really makes Opex stand above many of their competitors, but 2.95 cent state-to-state calling doesn't hurt either! Easy 60 second billing. A $2 fee applies for bills less than $20 in a month.



**Flat-Rate bundled local & long distance**
*for your home!*

**local & long distance Solutions**
*for your Biz!*

**Compare and order Broadband TODAY!**
*Over 40 Providers!*

**Got Broadband?**
**Talk for Free!**
*Broadband Phone Service*

**Get up to $300**
**Cash-Back!**
*T-Mobile, Cingular & more!*

**Try our Super-Low International Rates!**
.025  UK.
.03  Germany, China
.04  Sweden
.05  Spain
.06  Japan, Russia
.07  Mexico
.15  India
*Click here for more countries!*







Since money doesn't grow on trees or fall from the sky. You have to reach for it. ▼

## · May we suggest:

✦ If you don't currently have broadband service, either through your cable company or local telephone provider, try our broadband search tool. By entering your phone number we can search over 40 different broadband providers in your area to give you the best possible deal. Try our broadband search engine today!

Copyright © 2005 Telebay. All rights reserved.

Privacy / Spam Policy

Report Spam

✦ Rep Login

# TELEB

Home   Wireless Specials   Cell Phones   New Plan   Family Plan   Contract Extension   Prepaid Plans   Accessories

It's so easy! ➤ ✓ Pick Your Phone → ✓ Pick Your Plan → ✓ Select Add-ons → ④ Review Cart

## Shopping Cart

(Continue Shopping) (Empty Cart)

**Proceed to Checkout ►**

Order Toll-Free

Order by Phone
Click Here

**Free Shipping\***

On most orders over $50 and phone w/plans.
\*See Details

## LetsTalk Policies

**Returns Info**
7 day returns/30 day exchanges!

**Privacy Policy**
We take your privacy seriously!

**Shopping Security**
Your order is safe and secure!

**Shipping Info**
Most orders placed by 2PM PST ship within 24 hours!



Certified Merchant
TRUSTe CERTIFIED PRIVACY
BBB ONLINE RELIABILITY PROGRAM

| | Plan | Monthly Fee | Phone(s) | Price Now | After Rebates |
|---|---|---|---|---|---|
| | | | | Shopping Security 🔒 | |
| 1 Update | **T··Mobile·** **T-Mobile Individual Max** This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding, Conference Calling. Activation Fee: $35.00 **Plan Options** 2 Year Contract (required) Add/Edit Plan Options | $59.99 | **Motorola RAZR2 V8 (T-Mobile)** Retail Price: $399.99 **Special Promotions details** • Exclusive $50 Instant discount w/ MyFaves! • Exclusive $50 mail-in rebate! • Exclusive $100 instant discount! • $50 T-Mobile Mail-In Rebate **Includes** • lithium ion battery • compact wall charger Add/Edit Accessories | $249.99 −$50.00 −$100.00 | $249.99 −$50.00 −$100.00 −$50.00 |
| Change Remove | | | In Stock Change Remove | | |
| | | Included | | | |
| 1 Update | **T··Mobile·** **T-Mobile Individual Max** This plan includes: Caller Id, Voice Mail, Call Waiting, Call Forwarding, Conference Calling. Activation Fee: $35.00 **Plan Options** 2 Year Contract (required) | $59.99 | **Motorola RAZR2 V8 (T-Mobile)** Retail Price: $399.99 **Special Promotions details** • Exclusive $50 Instant discount w/ MyFaves! • Exclusive $50 mail-in rebate! • Exclusive $100 instant discount! • $50 T-Mobile Mail-In Rebate | $249.99 −$50.00 −$100.00 | $249.99 −$50.00 −$50.00 −$100.00 −$50.00 |
| Change Remove | | | In Stock Change Remove | | |
| | | Included | | | |



03/06/08

Trusted COMMERCE

digicert SSL SECURED

Add/Edit Plan Options

Monthly Fee: **          $119.98

Includes
- lithium ion battery
- compact wall charger

Add/Edit Accessories

| | Price Now | After Rebates |
|---|---|---|
| Subtotal: | $199.98 | -$0.02 |

Accessories



Update
Remove

**Anycom Aris-21 Bluetooth Headset**
Retail Price: $69.99 Unit Price: 29.99

|  | $29.99 | $29.99 |

In Stock

Add Accessories to Your Order

| Accessory Subtotal: | $29.99 | $29.99 |
| | $0.00 | $0.00 |

Shipping Options    FedEx 2 Day - Free ($0.00) ▾  FedEx.
Update

Coupon Code          Update

Gift / Reward Code    Update

Today's Total: *          $229.97

TOTAL AFTER REBATES:          $29.97

**Pricing Notes**

* Price above does not reflect sales tax, which will be added for Texas and California.
Tax estimate: $87.54. Today's total + tax estimate: $317.51.
The retail value of this purchase is **$859.97** -- Your discounted price is **$229.97**.
You are eligible for mail-in rebates totaling $200.00 -- After rebates you pay only **$29.97**.

**\*\*T-Mobile** will bill you $70.00 for activation on your first bill,
and $119.98 per month (plus taxes & fees) each subsequent month.

You can keep your number if you are switching carriers.
Shopping Security 🔒

Proceed to Checkout ▸

Continue Shopping    Empty Cart