EXHIBIT E

Dockets.Justia.com



# TELEBAY Mall

## Shop target.com
*Expect more. Pay less.*

| Automotive | Books | Business | Electronics | Financial | Florists | Food |
| Friends - Dating | General | Gifts - Collectibles | Health - Self Help | Kids |
| Men | Movies - Music | Outdoor | Pets | Sports | Telecom | Home |
| | | | | | Travel | Women |

[GO] -Jump to a store-

**General**




New! "Alive" Chimpanzee — SHARPER IMAGE


Catalogs — ShopAtHome.com

BOOKS OF THE MONTH
Save 40% On Best-Selling Books Every Month
FAMILY Christian Stores


overstock.com™ Your Online Outlet™
BEST PRICE GUARANTEE ►CLICK HERE◄

THE SHARPER IMAGE
Save Up to 50%
SHARPER IMAGE OUTLET

WAL★MART®
ALWAYS LOW PRICES. Always.
ROLLBACK Click here to save you even more!
WAL★MART

**Buy.com** Buy.com average grade: **A+** ( 2 customer reviews )
Offering over 2 million products to over 6 million customers, Buy.com® is the Internet retailer of choice. With categories ranging from computer hardware to software, from electronics to cellular, from books to movies, from music to toys, and tons more, we've got whatever it is you're craving 24/7, all year long.
✦ To write a review and rate this store click here.


overstock.com™
Overstock.com average grade: **A** ( 5 customer reviews )
An Internet leader for name-brands at clearance prices. We help you shop smarter by offering top-quality name-brand merchandise at 40-80% off, every day of the week.
✦ To write a review and rate this store click here.

Wal-Mart average grade: **A+** ( 11 customer reviews )
We want our customers to trust in our pricing philosophy and to

**WAL★MART** always be able to find the lowest prices with the best possible service. We're nothing without our customers.

✦ To write a review and rate this store click here.



Home Shopping Network average grade: **A+** ( 5 customer reviews )
HSN is your shopping destination for the best selection of jewelry, electronics, gifts and more from brand names you know and trust. Shop 24 hours a day, 7 days a week on Home Shopping Network TV and HSN.com.

✦ To write a review and rate this store click here.



Macy's average grade: **A+** ( 5 customer reviews )
Shop online at the world's largest department store; an extraordinary assortment from all the best brands in fashion for him and her, everything for home, cosmetics & fragrances and jewelry.

✦ To write a review and rate this store click here.



Fingerhut average grade: **B-** ( 7 customer reviews )
From grills to computers, fingerhut has it all! Find what you need at great prices.

✦ To write a review and rate this store click here.

Brookstone average grade: **A+** ( 2 customer reviews )
The Perfect Innovative Gift Idea; Brookstone offers an assortment of Specialty Consumer Products. Discover smart solutions for easier, more comfortable living. Innovative gifts that make life better.

✦ To write a review and rate this store click here.



Half.com average grade: **A+** ( 2 customer reviews )
Half.com by eBay is a fixed-price, online marketplace where you can buy and sell new and used products at discounted prices."

✦ To write a review and rate this store click here.

The Sharper Image average grade: **A** ( 3 customer reviews )
The Sharper Image is a specialty retailer that is nationally and

**THE SHARPER IMAGE**
internationally renowned as a leading source of new, innovative, high-quality products that make life better and more enjoyable.

✦ To write a review and rate this store click here.

---

*SmartBargains*
Top Brands. Smart Prices.

SmartBargains average grade: **A+** ( 1 customer review )
SmartBargains makes it easy for brand-oriented, value-conscious consumers to find wonderful bargains on the products they love. Every day we offer superior quality goods and top brands at up to 70% off retail value.

✦ To write a review and rate this store click here.

---

**COUPONS** .com

Coupons.com average grade: **A+** ( 1 customer review )
With over $100 worth of Free Printable Coupons from familiar consumer brands, Coupons.com is the undisputed leader in providing print-at-home coupons! Carries coupons from over 300 well known companies such as General Mills, L'Oreal, Johnson & Johnson & 3M products offering over 65 local in-store coupons.

✦ To write a review and rate this store click here.

---


**Family** CHRISTIAN STORES

Family Christian Stores average grade: **B+** ( 2 customer reviews )
America's leading specialty retailer dedicated solely to the Christian retailing market, offering an extensive selection of high-quality, Christian-related products.

✦ To write a review and rate this store click here.

---

 ShopAtHome

Shop At Home
Founded in 1986, Belcaro Group, Inc. started business by producing catalogs featuring other catalogs. This unique service enabled consumers and catalog retailers to connect with each other with minimal cost and effort.

✦ To write a review and rate this store click here.

336 Stores

# If you were given a shopping mall... would you take it?



Well, here you go! You can now have your mall for free. We're giving it to you. All you have to do is promote it. For sales generated from your mall, you will make commissions. You can even give away malls to others and make money from their sales, too (up to 4 levels deep). Get your own piece of Internet Real Estate today!

Copyright © 2004 Telebay. All rights reserved.

Privacy Policy