# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

EBAY INC.,

**SUMMONS IN A CIVIL CASE**

E-filing

CASE NUMBER:

v.

TELEBAY LLC,

CV 08 1459

MEJ

TO: (Name and address of defendant)

Mr. Brad Edwards
Telebay
411 South Bowle Drive
Weatherford, TX 76086

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. Crittenden, Esq.
Frank B. Goldberg, Esq.
Kathleen E. Treiber, Esq.
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
(415) 693-2000
(415) 693-2222

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK                                                                 DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK