1  COOLEY GODWARD KRONISH LLP
   JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
2  FRANK B. GOLDBERG (222263) (fgoldberg@cooley.com)
   KATHLEEN E. TREIBER (232353) (ktreiber@cooley.com)
3  101 California Street
   5th Floor
4  San Francisco, CA 94111-5800
   Telephone:    (415) 693-2000
5  Facsimile:    (415) 693-2222

6  Attorneys for Plaintiff
   EBAY INC.
7

FILED

08 MAR 14  PH 3: 07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  EBAY INC., a Delaware corporation,        CV 08    1459    MEJ
                                              Case No.
12         Plaintiff,                         CERTIFICATION OF INTERESTED PARTIES

13         v.

14  TELEBAY LLC, a Delaware limited liability
    company,
15
           Defendant.
16

17

18      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

19  named parties to this action, there is no such interest to report.

20  Dated: March 14, 2008              COOLEY GODWARD KRONISH LLP
                                       JOHN W. CRITTENDEN (101634)
21                                     FRANK B. GOLDBERG (222263)
                                       KATHLEEN E. TREIBER (232353)
22

23

24                                     John W. Crittenden (101634)
                                       Attorneys for Plaintiff
25                                     EBAY INC.

26

27

28